IRELL & MANELLA LLP
Layn R. Phillips (103854) (lphillips@irell.com)
Andra Barmash Greene (123931) (agreene@irell.com)
Heather M. Freelin (181046) (hfreelin@irell.com)
Wendy A. Sugg (223335) (wsugg@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Taco Bell Corp., Taco Bell, Taco Bell of America, Inc., Taco Bell Foundation, Inc. and Specially Appearing Defendant YUM! Brands, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown; YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:07-CV-01314-OWW-DLB<br><br>Judge Oliver W. Wanger<br><br>PROPOSED CLASS ACTION<br><br>ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>[Filed Concurrently With Unopposed *Ex Parte* Application for Order Extending Time to Respond to First Amended Complaint; Memorandum of Points and Authorities In Support Thereof; Declaration of Heather M. Freelin]<br><br>Hearing Date:　　None Scheduled<br><br>Complaint Filed: September 7, 2007 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO FIRST AMENDED COMPLAINT
(Case No. 1:07-CV-01314-OWW-DLB)

1775128.1 04

1  Having considered the Unopposed *Ex Parte* Application For Order Extending Time
2  to Respond to First Amended Complaint of Defendants Taco Bell Corp., Taco Bell, Taco
3  Bell of America, Inc., and Taco Bell Foundation, Inc. and Specially Appearing Defendant
4  YUM! Brands, Inc. (collectively, "Defendants") and the Memorandum of Points and
5  Authorities and the Declaration of Heather M. Freelin in support thereof, and finding good
6  cause therefore,

7  IT IS HEREBY ORDERED that Defendants shall have until and including
8  December 10, 2007 to respond to the First Amended Complaint in this action.

10  Dated:  6 November 2007   _____  /s/ *Dennis L. Beck* _____
              Hon. Dennis L. Beck
              U.S. Magistrate Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO FIRST AMENDED COMPLAINT
(Case No. 1:07-CV-01314-OWW-DLB)

1775128.1 04                       - 1 -