```
 1  IRELL & MANELLA LLP
    Layn R. Phillips (103854) (lphillips@irell.com)
 2  Andra Barmash Greene (123931) (agreene@irell.com)
    Heather M. Freelin (181046) (hfreelin@irell.com)
 3  Wendy A. Sugg (223335) (wsugg@irell.com)
    840 Newport Center Drive, Suite 400
 4  Newport Beach, California  92660-6324
    Telephone: (949) 760-0991
 5  Facsimile:  (949) 760-5200

 6  LITTLER MENDELSON
    Spencer H. Hipp (90485) (shipp@littler.com)
 7  5200 North Palm Avenue, Suite 302
    Fresno, California  93704-2225
 8  Telephone: (559) 244-7500
    Facsimile:  (559) 244-7525
 9
    Attorneys for Defendants
10  Taco Bell Corp., Taco Bell of America,
    Inc., and Taco Bell Foundation, Inc.
11  and Specially Appearing Defendant
    Yum! Brands, Inc.
12
```

FILED
JAN. 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown; YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:07-CV-01314-OWW-DLB<br><br>Judge Oliver W. Wanger<br><br>PROPOSED CLASS ACTION<br><br>**ORDER GRANTING SPECIALLY APPEARING NON-RESIDENT DEFENDANT YUM! BRANDS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: January 14, 2008<br>Time: 10:00 a.m.<br>Ctrm: 3<br><br>Complaint Filed: September 7, 2007 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1801026

[PROPOSED] ORDER GRANTING YUM! BRANDS, INC.
MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION
(Case No. 1:07-CV-01314-OWW-DLB)

1  Having considered the Motion to Dismiss for Lack of Personal Jurisdiction
2  ("Motion to Dismiss") of Specially Appearing Defendant YUM! Brands, Inc. ("Yum"), the
3  Memorandum of Points and Authorities and the Declarations of John Daly and Bridgette
4  Berry-Smith in support thereof, and Plaintiff Sandrika Medlock's Statement of Non-
5  Opposition, and finding that this Court lacks personal jurisdiction over Yum~~ because Yum~~,
6  a ~~North Carolina corporation with its principal place of business in Louisville, Kentucky,~~
7  ~~lacks the minimal contacts with the State of California necessary to provide a~~
8  ~~constitutionally sufficient basis for the Court to exercise personal jurisdiction over Yum~~;
9  IT IS HEREBY ORDERED that:
10  (1) Yum's Motion to Dismiss is granted and Yum is dismissed from the First
11  Amended Complaint without prejudice to Plaintiff seeking relief in ~~another~~ any forum in which
12  Yum is subject to personal jurisdiction; and
13  (2) the hearing on Yum's Motion to Dismiss set for January 14, 2008 is taken off
14  calendar.

Dated: 1-10-08

Hon. Oliver W. Wanger
U.S. District Court Judge

Presented by:

IRELL & MANELLA LLP

By: /s/ Heather M. Freelin
    Heather M. Freelin
    Attorneys for Defendants
    Taco Bell Corp., Taco Bell of America, Inc.,
    and Taco Bell Foundation, Inc. and Specially
    Appearing Defendant YUM! Brands, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1801026

- 1 -

[PROPOSED] ORDER GRANTING YUM! BRANDS, INC.
MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION
(Case No. 1:07-CV-01314-OWW-DLB)