1  [Counsel listed on following page.]
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                          FRESNO DIVISION

| | |
|---|---|
| 11  SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,   ) ) ) ) | Case No. 1:07-CV-01314-OWW-DLB |
| 12 | Judge Oliver W. Wanger |
| 13        Plaintiff, ) ) | |
| 14     vs. ) ) | **ORDER AMENDING SCHEDULING CONFERENCE ORDER** |
| 15  TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown; YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [Filed Concurrently with Joint Request for Clarification of February 22, 2008 Scheduling Conference Order]<br><br>Hearing Date:  None Scheduled<br><br>Complaint Filed:  September 7, 2007 |
| 22        Defendants. ) ) | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER AMENDING SCHEDULING
CONFERENCE ORDER
(Case No. 1:07-CV-01314-OWW-DLB)

1830826

PDF created with pdfFactory trial version www.pdffactory.com

1  INITIATIVE LEGAL GROUP LLP
   Mark Yablonovich (SBN 186670)
2         myablonovich@initiativelegal.com
   Marc Primo (SBN 216796)
3         mprimo@initiativelegal.com
   Joseph Cho (SBN 198844)
4         josephcho@initiativelegal.com
   Gregory Yu (SBN 230520)
5         gyu@initiativelegal.com
   1800 Century Park East, 2nd Floor
6  Los Angeles, California 90067
   Telephone: (310) 556-5637
7  Facsimile: (310) 861-9051

8  Attorneys for Plaintiff

9

10 IRELL & MANELLA LLP
   Layn R. Phillips (SBN 103854)
11        lphillips@irell.com
   Andra Barmash Greene (SBN 123931)
12        agreene@irell.com
   Heather M. Freelin (SBN 181046)
13        hfreelin@irell.com
   840 Newport Center Drive, Suite 400
14 Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
15 Facsimile: (949) 760-5200

16 LITTLER MENDELSON
   Spencer H. Hipp (SBN 90485)
17        shipp@littler.com
   5200 North Palm Avenue, Suite 302
18 Fresno, California 93704-2225
   Telephone: (559) 244-7500
19 Facsimile: (559) 244-7525

20 Attorneys for Defendants
   Taco Bell Corp., Taco Bell
21 of America, Inc., and Taco Bell
   Foundation, Inc.

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1830826

[PROPOSED] ORDER AMENDING SCHEDULING
CONFERENCE ORDER
(Case No. 1:07-CV-01314-OWW-DLB)

PDF created with pdfFactory trial version www.pdffactory.com

1  Having reviewed the Joint Request for Clarification of Scheduling
2  Conference Order presented by counsel for Plaintiff and counsel for the appearing
3  Defendants, and finding good cause, the Scheduling Conference Order filed on
4  February 22, 2008 in this case is amended as follows:

6  1. The Motion to Amend Complaint Filing Deadline as it appears on the
7  first page of the Scheduling Conference Order is amended to read: "3/24/08."

9  2. Paragraph V.A.2 on page 11 is amended to read: "Plaintiff was
10 employed at all times alleged in the complaint by Taco Bell Corp. and/or Taco Bell
11 of America, Inc. Discovery will ascertain whether Ms. Medlock was employed by
12 any other named Defendant."

14 3. Paragraph VI.A.1 on page 12 is amended to read: "The parties do not
15 presently dispute that jurisdiction exists under 28 U.S.C. § 1332."

17 4. Paragraph VI.A.3 on page 12 is amended to read: "The parties agree
18 that, based on the current state of the pleadings, the substantive law of the State of
19 California provides the rule of decision."

21 Dated: March 4, 2008                By: /s/ OLIVER W. WANGER
22 _____                        Honorable Oliver W. Wanger
                                          United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1830826

[PROPOSED] ORDER AMENDING SCHEDULING
CONFERENCE ORDER
(Case No. 1:07-CV-01314-OWW-DLB)

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com