1  [Counsel listed on following page.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated, | Case No. 1:07-CV-01314-OWW-DLB |
|---|---|
| Plaintiff, | **ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| vs. | |
| TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown;  YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive, | Date:         May 15, 2008<br>Time:         1:30 p.m.<br>Courtroom: 9<br>Judge:        Hon. Dennis L. Beck |
| Defendants. | |

-1-

[PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND

INITIATIVE LEGAL GROUP LLP
Mark Yablonovich (SBN 186670)
    myablonovich@initiativelegal.com
Marc Primo (SBN 216796)
    mprimo@initiativelegal.com
Joseph Cho (SBN 198844)
    josephcho@initiativelegal.com
Gregory Yu (SBN 230520)
    gyu@initiativelegal.com
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff


IRELL & MANELLA LLP
Layn R. Phillips (SBN 103854)
    lphillips@irell.com
Andra Barmash Greene (SBN 123931)
    agreene@irell.com
Kara McDonald (SBN 225540)
    kmcdonald@irell.com
Justin E. Klaeb (SBN 254035)
    jklaeb@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (SBN 90485)
    shipp@littler.com
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendants

[PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND

For good cause shown, Defendants' Opposition to Plaintiff's Motion for Leave to Amend, if any, shall be filed with the Clerk not less than 14 days preceding May 2, 2008. The Opposition shall be personally served on Plaintiff's counsel not less than 14 days preceding May 2, 2008 or mailed or electronic service not less than 17 days preceding May 2, 2008.

Plaintiff may file and serve a Reply not less than 5 days preceding May 2, 2008.

**IT IS SO ORDERED.**

Date: 22 April 2008         /s/ *Dennis L. Beck*
                            Hon. Dennis L. Beck
                            United States Magistrate Judge