```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  SANDRIKA MEDLOCK, individually,  )   1:07-cv-1314 OWW DLB
    and on behalf of other members   )
10  of the general public similarly  )   ORDER TRANSFERRING CASE
    situated,                        )
11                                   )
                Plaintiff,           )
12                                   )
        v.                           )
13                                   )
    TACO BELL CORP., a California    )
14  corporation; TACO BELL OF        )
    AMERICA, INC., a Delaware        )
15  corporation; TACO BELL           )
    FOUNDATION, INC., a California   )
16  corporation; NORTHERN CALIFORNIA )
    TACO BELL ASSOCIATION, INC., a   )
17  California corporation; TACO     )
    BELL, a business entity form     )
18  unknown; YUM!, a business entity )
    form unknown; YUM! BRANDS, INC., )
19  a business entity form unknown;  )
    YUM! BRANDS, a business entity   )
20  form unknown; and DOES 1 through )
    10, inclusive,                   )
21                                   )
                Defendants.          )
22                                   )
                                     )
23
```

A Notice of Related Case was filed July 28, 2008, by Defendants in the above-entitled action. Pursuant to Local Rule 83-123, the above-captioned case, *Medlock v. Taco Bell*, Case Number 1:07-cv-1314 OWW DLB, is related to case of *Hardiman v.*

1

*Taco Bell Corp. et al.*, Eastern District of California Case Number 1:08-cv-1081 OWW GSA.

　　IT IS ORDERED that the *Hardiman v. Taco Bell, et al.*, case be transferred from the docket of Magistrate Judge Gary S. Austin to the docket of Magistrate Judge Dennis L. Beck, as the *Medlock v. Taco Bell, et al.*, case is the lower numbered case, in order to avoid duplication of judicial effort.  The new case number for *Hardiman v. Taco Bell, et al.,* is now 1:08-cv-1081 OWW DLB.  This new case number should be typed on all future pleadings filed in the case.

IT IS SO ORDERED.

Dated:   July 31, 2008                         **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE