1  [Counsel listed on following page.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown; YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:07-CV-01314-OWW-DLB<br><br>Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT TACO BELL FOUNDATION, INC.**<br><br>[PROPOSED CLASS ACTION]<br><br>Complaint Filed: September 7, 2007 |

1893263     STIPULATION & [PROPOSED] ORDER TO DISMISS DEF. TACO BELL FOUNDATION, INC.

1  INITIATIVE LEGAL GROUP LLP
   Mark Yablonovich (SBN 186670)
2  myablonovich@initiativelegal.com
   Marc Primo (SBN 216796)
3  mprimo@initiativelegal.com
   Joseph Cho (SBN 198844)
4  josephcho@initiativelegal.com
   Gregory Yu (SBN 230520)
5  gyu@initiativelegal.com
   1800 Century Park East, 2nd Floor
6  Los Angeles, California  90067
   Telephone:  (310) 556-5637
7  Facsimile:   (310) 861-9051

8  Attorneys for Plaintiff
   Sandrika Medlock
9
   IRELL & MANELLA LLP
10 Layn R. Phillips (SBN 103854)
   lphillips@irell.com
11 Andra Barmash Greene (SBN 123931)
   agreene@irell.com
12 Kara McDonald (SBN 225540)
   kmcdonald@irell.com
13 Justin E. Klaeb (SBN 254035)
   jklaeb@irell.com
14 840 Newport Center Drive, Suite 400
   Newport Beach, California  92660-6324
15 Telephone:  (949) 760-0991
   Facsimile:   (949) 760-5200
16
   LITTLER MENDELSON
17 Spencer H. Hipp (SBN 90485)
   shipp@littler.com
18 5200 North Palm Avenue, Suite 302
   Fresno, California  93704-2225
19 Telephone:  (559) 244-7500
   Facsimile:   (559) 244-7525
20
   Attorneys for Defendants
21 Taco Bell Corp., Taco Bell of America, Inc.,
   and Taco Bell Foundation, Inc.
22

23

24

25

26

27

28

1893263          STIPULATION & [PROPOSED] ORDER TO DISMISS DEF. TACO BELL FOUNDATION, INC.

Pursuant to Rules 41(a)(1)(A)(ii) and 23(e) of the Federal Rules of Civil Procedure, Plaintiff Sandrika Medlock and Defendant Taco Bell Foundation, Inc., by and through their counsel, hereby stipulate to the dismissal of Taco Bell Foundation, Inc. from the above entitled action, without prejudice, each party to bear its own costs and expenses, including attorneys' fees.

Dated: August 4, 2008                    IRELL & MANELLA LLP

By:     /s/ Kara D. McDonald
        Kara D. McDonald
        Attorneys for Defendants
        Taco Bell Corp., Taco Bell of America,
        Inc., and Taco Bell Foundation, Inc.

Dated: August 4, 2008                    INITIATIVE LEGAL GROUP LLP

By:     /s/ Gregory Yu
        Joseph Cho
        Gregory Yu
        Attorneys for Plaintiff
        Sandrika Medlock

**IT IS SO ORDERED.**

DATED:    8/4/2008                       /s/ OLIVER W. WANGER
                                         Hon. Oliver W. Wanger
                                         Judge, United States District Court

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1

1893263         STIPULATION & [PROPOSED] ORDER TO DISMISS DEF. TACO BELL FOUNDATION, INC.