1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown;  YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:07-CV-01314-OWW-DLB<br><br>**ORDER ON AMENDED STIPULATION RE: PRODUCTION OF THE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF PUTATIVE CLASS MEMBERS** |

The Court has read and considered the Amended Stipulation re: Production of the Names, Addresses and Telephone Numbers of Putative Class Members submitted by Plaintiff Sandrika Medlock and Defendants Taco Bell Corp. and Taco Bell of America, Inc.

Good cause appearing therefore, IT IS ORDERED that

1, Simpluris Inc.'s re-mailing on February 17, 2009 will be the last re-mailing of notices to putative class members.

2. On February 20, 2009 or immediately after this Order is signed, Plaintiff and Taco Bell will be provided with the identifying contact information for putative class members who did not return an exclusion postcard and whose notice was not returned to Simpluris as undeliverable on or before February 17, 2009.

3. On March 30, 2009, Plaintiff and Taco Bell will be provided with the identifying contact information for putative class members whose notice was originally returned to Simpluris as undeliverable, who were re-mailed a notice on or before February 17, 2009 and the re-mailed notice was not returned to Simpluris as undeliverable on or before March 29, 2009, and who did not return an exclusion postcard by March 20, 2009.

4. Putative class members whose notice is returned as undeliverable to Simpluris after February 17, 2009, will not be re-mailed a notice, and such person will be treated as if he or she submitted an exclusion postcard and such person's identifying contact information will not be provided to Plaintiff.

Dated: 19 February 2009                    _____/s/ Dennis L. Beck_____
                                                          Hon. Dennis L. Beck
                                                          United States Magistrate Judge