UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANDRIKA MEDLOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL FOUNDATION, INC., a California corporation; NORTHERN CALIFORNIA TACO BELL ASSOCIATION, INC., a California corporation; TACO BELL, a business entity form unknown;  YUM!, a business entity form unknown; YUM! BRANDS, INC., a business entity form unknown; YUM! BRANDS, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 1:07-CV-01314-OWW-DLB<br><br>**ORDER CONTINUING DATES** |

-1-
[PROPOSED] ORDER CONTINUING DATES

PDF created with pdfFactory trial version www.pdffactory.com

The Court has read and considered the Stipulation to Continue Dates submitted by Plaintiff Sandrika Medlock and Defendants Taco Bell Corp. and Taco Bell of America, Inc.

Good cause appearing therefore, IT IS ORDERED that the dates be continued as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| **Discovery Cut-Off Date:** | February 20, 2009 | May 1, 2009 |
| **Deadline to File Motion for Class Certification:** | April 20, 2009 | July 1, 2009 |
| **Deadline to File Opposition to Motion for Class Certification:** | June 19, 2009 | September 1, 2009 |
| **Deadline to File Reply in Support of Motion for Class Certification:** | July 6, 2009 | September 15, 2009 |
| **Hearing on Motion for Class Certification:** | July 27, 2009 | November 2, 2009 |

Dated: February 23, 2009         /s/ OLIVER W. WANGER

Honorable Oliver W. Wanger
Judge of the United States District Court

-2-
[PROPOSED] ORDER CONTINUING DATES

PDF created with pdfFactory trial version www.pdffactory.com