1 | [Counsel listed on following page.]

FILED
OCT 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-OWW-DLB |
|---|---|
| | JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT TAKING OF PLAINTIFFS' RULE 30(b)(6) DEPOSITION OF DEFENDANT YUM! BRANDS, INC. AFTER OCTOBER 26, 2009 DISCOVERY CUT-OFF |

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT TAKING OF PLAINTIFFS' RULE 30(b)(6) DEPOSITION OF DEFENDANT YUM! BRANDS, INC. AFTER OCTOBER 26, 2009 DISCOVERY CUT-OFF

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1  Mónica Balderrama (SBN 196424)
   MBalderrama@InitiativeLegal.com
2  Shawn Westrick (SBN 235313)
   SWestrick@InitiativeLegal.com
3  Gregory Yu (SBN 230520)
   GYu@InitiativeLegal.com
4  David Cheng (SBN 240926)
   DCheng@InitiativeLegal.com
5  Initiative Legal Group, APC
   1800 Century Park East, Second Floor
6  Los Angeles, California 90067
   Telephone: (310) 556-5637
7  Facsimile: (310) 861-9051

8  Interim Lead Counsel for Plaintiffs

9  Kenneth H. Yoon (State Bar No. 198443)
   LAW OFFICES OF KENNETH H. YOON
10 One Wilshire Boulevard, Suite 2200
   Los Angeles, California 90017-3383
11 Telephone: (213) 612-0988
   Facsimile: (213) 947-1211
12 Kyoon@yoon-law.com

13 Larry W. Lee (State Bar No. 228175)
   DIVERSITY LAW GROUP, APC
14 444 S. Flower Street
   Citigroup Center, Suite 1370
15 Los Angeles, California 90071
   Telephone: (213) 488-6555
16 Facsimile: (213) 488-6554
   lwlee@diversitylaw.com
17

18 Peter M. Hart (State Bar No. 198691)
   LAW OFFICES OF PETER M. HART
19 13952 Bora Bora Way, F-320
   Marina Del Rey, California 90292
20 Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
21 hartpeter@msn.com

22 Liaison Counsel for Plaintiff Loraine Naranjo

23 Timothy J. Donahue (State Bar No. 110501)
   Law Offices of Timothy J. Donahue
24 374 South Glassell Street
   Orange, California 92866
25 Telephone: (714) 289-2445
   Facsimile: (714) 289-2450

26 Liaison Counsel for Plaintiff Miriam Leyva

27 Layn R. Phillips (SBN 103854)
   lphillips@irell.com
28 Andra Barmash Greene (SBN 123931)

-2-

agreene@irell.com
Julie M. Davis (SBN 232488)
jdavis@irell.com
Aaron H. Cole (236655)
acole@irell.com
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (SBN 90485)
   shipp@littler.com
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendants
Taco Bell Corp., Taco Bell of America, Inc.
and Yum! Brands, Inc.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Yum! Brands, Inc. ("Defendant") that, pending approval by the Court, Plaintiffs may take the noticed Rule 30(b)(6) Deposition of Defendant Yum! Brands, Inc. after the October 26, 2009 discovery cut-off date.

This stipulation is based on the following facts:

1. Pursuant to the Court's July 2, 2009 Amended Scheduling Conference Order, the discovery cut-off date in connection with the issue of whether Yum! Brands, Inc. is a proper party defendant is October 26, 2009.

2. On September 9, 2009, Plaintiffs duly served Defendant Yum! Brands, Inc. with a Notice of Rule 30(b)(6) Deposition, noticing the deposition for September 29, 2009. Subsequently, on October 1, 2009, Plaintiffs served Defendant Yum! Brands, Inc. with an Amended Notice of Rule 30(b)(6) Deposition, noticing the deposition for October 9, 2009.

3. Despite diligent efforts, Defendant, who is located in Louisville, Kentucky, is unable to produce an appropriate corporate designee to testify with respect to the multiple and complex topics requested by Plaintiffs before the October 26, 2009 discovery cut-off date.

4. The parties have met and conferred and have agreed to conduct the deposition on November 12, 2009, at 10:00 a.m., at a neutral location in Orange County, California. For the convenience of Plaintiffs, Defendant has agreed to bring the witness to California from Kentucky at Defendant's expense.

5. The agreed upon November 12, 2009 date of the 30(b)(6) deposition of Yum! Brands, Inc. will not affect the present deadline of November 30, 2009 for Defendant to file any dispositive motion concerning Yum! Brands, Inc.'s inclusion in this lawsuit.

6. The parties have agreed to no other changes to the Court's July 2, 2009 Amended Scheduling Conference Order, and to no other exceptions to the October 26, 2009 cut-off date for discovery on the issue of whether Yum! Brands, Inc. is a proper party defendant.

7. Accordingly, the parties hereby apply to the Court for approval of the parties' stipulation to permit Plaintiffs to conduct the noticed Rule 30(b)(6) Deposition of Defendant Yum! Brands, Inc. after the October 26, 2009 discovery cut-off date.

1 | Dated: October 8, 2009          Initiative Legal Group, APC
2
3                                    */s/ Monica Balderrama*
4                                    Monica Balderrama
                                     Shawn Westrick
5                                    Gregory Yu
                                     David Cheng
6                                    Interim Lead Counsel for Plaintiffs

7
8 | Dated: October 8, 2009          Irell & Manella LLP

9                                    */s/ Aaron H. Cole*
10                                   Layn R. Phillips
                                     Andra Barmash Greene
11                                   Julie M. Davis
                                     Aaron H. Cole
12                                   Attorneys for Defendants

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

-5-

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT TAKING OF PLAINTIFFS' RULE 30(b)(6) DEPOSITION OF DEFENDANT YUM! BRANDS, INC. AFTER OCTOBER 26, 2009 DISCOVERY CUT-OFF

# [PROPOSED] ORDER

The Court has read and considered the Joint Stipulation to Permit Taking of Plaintiffs' Rule 30(b)(6) Deposition of Defendant Yum! Brands, Inc. After October 26, 2009 Discovery Cut-Off.

Good cause appearing therefore, IT IS ORDERED that Plaintiff are allowed to take the noticed Rule 30(b)(6) Deposition of Defendant Yum! Brands, Inc. after the October 26, 2009 discovery cut-off date in connection with the issue of whether Yum! Brands, Inc. is a proper party defendant.

**IT IS SO ORDERED.**

Dated: 10-13-09

_____
Hon. Oliver W. Wanger
U.S. District Court Judge