**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | No. CV-F-07-1314 OWW/DLB<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS, STAY OR CONSOLIDATE *WIDJAJA* ACTION AS MOOT (Doc. 123) |

Because of rulings made in *Widjaja v. YUM! Brands, Inc., et al.,* No. CV-F-09-1074 OWW/DLB, Defendants' motion to dismiss, stay or consolidate the *Widjaja* action is DENIED as moot.

IT IS SO ORDERED.

Dated:    October 21, 2009                          /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

1