[Counsel listed on following page.]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-OWW-DLB<br><br>**ORDER CONTINUING DEADLINES RE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT** |

PDF created with pdfFactory trial version www.pdffactory.com

Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Gregory Yu (SBN 230520)
GYu@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Initiative Legal Group, APC
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Interim Lead Counsel for Plaintiffs

Kenneth H. Yoon (State Bar No. 198443)
Law Offices of Kenneth H. Yoon
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
Kyoon@yoon-law.com

Larry W. Lee (State Bar No. 228175)
Diversity Law Group, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California  90071
Telephone:  (213) 488-6555
Facsimile:  (213) 488-6554
lwlee@diversitylaw.com

Peter M. Hart (State Bar No. 198691)
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

Liaison Counsel for Plaintiff Loraine Naranjo

Timothy J. Donahue (State Bar No. 110501)
Law Offices of Timothy J. Donahue
374 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva

ORDER CONTINUING DEADLINES RE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT

PDF created with pdfFactory trial version www.pdffactory.com

1  Layn R. Phillips (SBN 103854)
   lphillips@irell.com
2  Andra Barmash Greene (SBN 123931)
   agreene@irell.com
3  Aaron H. Cole (236655)
   acole@irell.com
4  Irell & Manella LLP
   840 Newport Center Drive, Suite 400
5  Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
6  Facsimile: (949) 760-5200

7  LITTLER MENDELSON
   Spencer H. Hipp (SBN 90485)
8       shipp@littler.com
   5200 North Palm Avenue, Suite 302
9  Fresno, California 93704-2225
   Telephone: (559) 244-7500
10 Facsimile: (559) 244-7525

11 Attorneys for Defendants
   Taco Bell Corp., Taco Bell of America, Inc.
12 and Yum! Brands, Inc.

-3-

ORDER CONTINUING DEADLINES RE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court has read and considered the Joint Stipulation to Continue Deadlines re Whether Yum! Brands, Inc. is a Proper Party Defendant.

Good cause appearing pursuant to Rule 16(b)(4), IT IS ORDERED that the deadline for the parties to conduct discovery on the issue of whether Yum! Brands, Inc. is a proper party defendant be continued by 63 days, from October 26, 2009 to December 28, 2009; that the deadline for Defendants to file any dispositive motion on that issue be continued by 60 days, from November 30, 2009 to January 29, 2010; and that the filing and hearing schedule for such motion shall be in accordance with the Local Rules for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 21, 2009         /s/ OLIVER W. WANGER
                                Hon. Oliver W. Wanger
                                U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com