1 [Counsel listed on following page.]
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **EASTERN DISTRICT OF CALIFORNIA**
10 **FRESNO DIVISION**

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File:<br>1:07-cv-01314-OWW-DLB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT** |

Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Gregory Yu (SBN 230520)
GYu@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Initiative Legal Group, APC
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Interim Lead Counsel for Plaintiffs

Kenneth H. Yoon (State Bar No. 198443)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
Kyoon@yoon-law.com

Larry W. Lee (State Bar No. 228175)
DIVERSITY LAW GROUP, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California  90071
Telephone:  (213) 488-6555
Facsimile:  (213) 488-6554
lwlee@diversitylaw.com

Peter M. Hart (State Bar No. 198691)
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

Liaison Counsel for Plaintiff Loraine Naranjo

Timothy J. Donahue (State Bar No. 110501)
Law Offices of Timothy J. Donahue
374 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Layn R. Phillips (SBN 103854) |
| | lphillips@irell.com |
| 2 | Andra Barmash Greene (SBN 123931) |
| | agreene@irell.com |
| 3 | Julie M. Davis (SBN 232488) |
| | jdavis@irell.com |
| 4 | Aaron H. Cole (236655) |
| | acole@irell.com |
| 5 | Irell & Manella LLP |
| | 840 Newport Center Drive, Suite 400 |
| 6 | Newport Beach, California 92660-6324 |
| | Telephone: (949) 760-0991 |
| 7 | Facsimile: (949) 760-5200 |
| 8 | LITTLER MENDELSON |
| | Spencer H. Hipp (SBN 90485) |
| 9 |     shipp@littler.com |
| | 5200 North Palm Avenue, Suite 302 |
| 10 | Fresno, California 93704-2225 |
| | Telephone: (559) 244-7500 |
| 11 | Facsimile: (559) 244-7525 |
| 12 | Attorneys for Defendants |
| | Taco Bell Corp., Taco Bell of America, Inc. |
| 13 | and Yum! Brands, Inc. |

JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT

2180902

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants that, pending approval by the Court, the deadline for Defendant Yum! Brands, Inc. ("Yum") to file its summary judgment motion is hereby continued by 31 days to March 1, 2010, as set forth below:

This stipulation is based on the following facts:

1. Pursuant to the Court's October 21, 2009 Order Continuing Deadlines Re Whether Yum! Brands, Inc. is a Proper Party Defendant, the deadline for Defendants to file any dispositive motion on that issue is January 29, 2010. The Court, on joint stipulation by the parties, previously extended the deadline for Defendants to file a dispositive motion on the issue of whether Yum is a proper party Defendant from November 30, 2009.

2. Plaintiffs and Defendants believe that they may resolve the issue of whether Yum is a proper party defendant by stipulation.

3. Such stipulation is likely to eliminate the need to file a dispositive motion.

4. The deadline for Defendants to file a dispositive motion on the issue is rapidly approaching.

5. The filing of a dispositive motion by Defendants may moot or otherwise harm the parties' attempt to resolve the issue by stipulation.

6. The parties have met and conferred and have agreed that more time is needed to work out the details of a stipulation. The parties agree that a continuance of 31 days, from January 29, 2010 to March 1, 2010, of Defendants' deadline to file a dispositive motion on this issue is sufficient for this purpose.

7. The agreed upon continuance shall not affect any other deadlines.

Accordingly, the parties hereby apply to the Court for an order continuing the deadline for Defendants to file a dispositive motion as to whether Yum is a proper party defendant by 31 days to March 1, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: January 20, 2010 | Initiative Legal Group, APC |

By: /s/ David Cheng
Mónica Balderrama
Gregory Yu
David Cheng
Interim Lead Counsel for Plaintiffs

Dated: January 20, 2010                    Irell & Manella LLP

By: /s/ Julie M. Davis
Layn R. Phillips
Andra Barmash Greene
Julie M. Davis
Aaron H. Cole
Attorneys for Defendants

- 2 -

JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT

2180902

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court has read and considered the Joint Stipulation To Continue Deadline Whether Yum! Brands, Inc. Is A Proper Party Defendant.

Good cause appearing pursuant to Rule 16(b)(4), IT IS ORDERED that the deadline for Defendants to file any dispositive motion on the issue of whether Yum! Brands, Inc. is a proper party defendant be continued by 31 days, from January 29, 2010, to March 1, 2010; and that the filing and hearing schedule for such motion shall be in accordance with the Local Rules for the Eastern District of California.

**IT IS SO ORDERED.**

Dated:  January 22, 2010              /s/ OLIVER W. WANGER
                                      Hon. Oliver W. Wanger
                                      U.S. District Court Judge

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com