[Counsel listed on following page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File:<br>1:07-cv-01314-OWW-DLB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE WHETHER YUM! BRANDS, INC. IS A PROPER PARTY DEFENDANT** |

| | |
|---|---|
| 1 | Mónica Balderrama (SBN 196424) |
| | MBalderrama@InitiativeLegal.com |
| 2 | Gregory Yu (SBN 230520) |
| | GYu@InitiativeLegal.com |
| 3 | David Cheng (SBN 240926) |
| | DCheng@InitiativeLegal.com |
| 4 | Initiative Legal Group, APC |
| | 1800 Century Park East, Second Floor |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 556-5637 |
| 6 | Facsimile: (310) 861-9051 |
| 7 | Interim Lead Counsel for Plaintiffs |
| 8 | Kenneth H. Yoon (State Bar No. 198443) |
| | LAW OFFICES OF KENNETH H. YOON |
| 9 | One Wilshire Boulevard, Suite 2200 |
| | Los Angeles, California 90017-3383 |
| 10 | Telephone: (213) 612-0988 |
| | Facsimile: (213) 947-1211 |
| 11 | Kyoon@yoon-law.com |
| 12 | Larry W. Lee (State Bar No. 228175) |
| | DIVERSITY LAW GROUP, APC |
| 13 | 444 S. Flower Street |
| | Citigroup Center, Suite 1370 |
| 14 | Los Angeles, California 90071 |
| | Telephone: (213) 488-6555 |
| 15 | Facsimile: (213) 488-6554 |
| | lwlee@diversitylaw.com |
| 16 | |
| | Peter M. Hart (State Bar No. 198691) |
| 17 | LAW OFFICES OF PETER M. HART |
| | 13952 Bora Bora Way, F-320 |
| 18 | Marina Del Rey, California 90292 |
| | Telephone: (310) 478-5789 |
| 19 | Facsimile: (509) 561-6441 |
| | hartpeter@msn.com |
| 20 | |
| | Liaison Counsel for Plaintiff Loraine Naranjo |
| 21 | |
| | Timothy J. Donahue (State Bar No. 110501) |
| 22 | Law Offices of Timothy J. Donahue |
| | 374 South Glassell Street |
| 23 | Orange, California 92866 |
| | Telephone: (714) 289-2445 |
| 24 | Facsimile: (714) 289-2450 |
| 25 | Liaison Counsel for Plaintiff Miriam Leyva |
| 26 | |
| 27 | |
| 28 | |

1  Jerusalem F. Beligan (SBN 211528)
   Bisnar | Chase, LLP
2  One Newport Place
   1301 Dove Street, Suite 120
3  Newport Beach, California 92660
   Telephone: (949) 752-2999
4  Facsimile: (949) 752-2777
   jbeligan@bisnarchase.com
5
   Counsel for Plaintiff Endang Widjaja

Layn R. Phillips (SBN 103854)
lphillips@irell.com
Andra Barmash Greene (SBN 123931)
agreene@irell.com
Julie M. Davis (SBN 232488)
jdavis@irell.com
Aaron H. Cole (236655)
acole@irell.com
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (SBN 90485)
    shipp@littler.com
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendants
Taco Bell Corp., Taco Bell of America, Inc.
and Yum! Brands, Inc.

1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants that, pending approval by the Court, the deadline for Defendant Yum! Brands, Inc. ("Yum") to file its summary judgment motion is hereby continued by 30 days to March 31, 2010, as set forth below:

This stipulation is based on the following facts:

1. Pursuant to the Court's October 21, 2009 Order Continuing Deadlines Re Whether Yum! Brands, Inc. is a Proper Party Defendant, the deadline for Defendants to file any dispositive motion on that issue was extended from November 30, 2009 to January 29, 2010 due to the consolidation of a related action, *Endang Widjaja v. Yum! Brands, Inc., et al.*, Case No. 1:09-cv-1074-OWW-DLB.

2. On January 20, 2010, the parties filed a joint stipulation to further continue the deadline for Defendant to file any dispositive motion of whether Yum is a proper party defendant on the premise that the parties believed they could resolve informally the issue by stipulation and without the need for motion practice. Consequently, on January 22, 2010, the Court entered an Order further continuing the deadline for Defendants to file any dispositive motion on that issue from January 29, 2010 to March 1, 2010.

3. To date, the parties are continuing to meet and confer in good faith on a stipulation that would resolve informally Yum's involvement in this action.

4. Such stipulation resolving Yum's involvement in this action is likely to eliminate the need to file a dispositive motion.

5. The deadline for Defendants to file a dispositive motion on the issue is rapidly approaching.

6. The filing of a dispositive motion by Defendants may moot or otherwise harm the parties' attempt to resolve the issue by stipulation.

7. The parties have met and conferred and have agreed that more time is needed to work out the details of a stipulation. The parties agree that a continuance of 30 days, from March 1, 2010 to March 31, 2010, of Defendants' deadline to file a dispositive motion on this issue is sufficient for this purpose.

8. The agreed upon continuance shall not affect any other deadlines.

Accordingly, the parties hereby apply to the Court for an order continuing the deadline for Defendants to file a dispositive motion as to whether Yum is a proper party defendant by 30 days to March 31, 2010.

Dated: February ___, 2010   Initiative Legal Group, APC

By: _____
    Mónica Balderrama
    David Cheng
    Gregory Yu
    Interim Lead Counsel for Plaintiffs

Dated: February ___, 2010   Irell & Manella LLP

By: _____
    Layn R. Phillips
    Andra Barmash Greene
    Julie M. Davis
    Aaron H. Cole
    Attorneys for Defendants

**ORDER**

The Court has read and considered the Joint Stipulation To Continue Deadline Whether Yum! Brands, Inc. Is A Proper Party Defendant.

Good cause appearing pursuant to Rule 16(b)(4), IT IS ORDERED that the deadline for Defendants to file any dispositive motion on the issue of whether Yum! Brands, Inc. is a proper party defendant be continued by 30 days, from March 1, 2010, to March 31, 2010; and that the filing and hearing schedule for such motion shall be in accordance with the Local Rules for the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:  February 23, 2010**                                            /s/ Oliver W. Wanger
                                                                                    **UNITED STATES DISTRICT JUDGE**