1  [Counsel listed on following page.]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                   **FRESNO DIVISION**

11  IN RE TACO BELL WAGE AND HOUR    )    Master File:
    ACTIONS                          )    1:07-cv-01314-OWW-DLB
12                                   )
                                     )
13                                   )    **ORDER AND JOINT STIPULATION**
                                     )    **RE VACATION CLAIM, DISCOVERY**
14                                   )    **RELATED TO YUM! BRANDS, INC.,**
                                     )    **AND DISMISSAL OF YUM! BRANDS,**
15                                   )    **INC.**
                                     )
16  _____  )

17

18

19

20

21

22

23

24

25

26

27

28

ORDER & JOINT STIPULATION RE VACATION CLAIM, DISCOVERY RELATED TO YUM, AND
DISMISSAL OF YUM

1 IRELL & MANELLA LLP
Layn R. Phillips (103854) (lphillips@irell.com)
2 Andra Barmash Greene (123931) (agreene@irell.com)
Julie M. Davis (232488) (jdavis@irell.com)
3 Aaron H. Cole (236655) (acole@irell.com)
840 Newport Center Drive, Suite 400
4 Newport Beach, California  92660-6324
Telephone:  (949) 760-0991
5 Facsimile:   (949) 760-5200

6 LITTLER MENDELSON
Spencer H. Hipp (90485) (shipp@littler.com)
7 5200 North Palm Avenue, Suite 302
Fresno, California  93704-2225
8 Telephone: (559) 244-7500
Facsimile:   (559) 244-7525
9
Attorneys for Defendants Taco Bell Corp. and
10 Taco Bell of America, Inc., and Yum! Brands, Inc.

11

12 Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
13 David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
14 Katherine DenBleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
15 Initiative Legal Group, APC
1800 Century Park East, Second Floor
16 Los Angeles, California  90067
Telephone:   (310) 556-5637
17 Facsimile:    (310) 861-9051

18 Interim Lead Counsel for Plaintiffs

19 Kenneth H. Yoon (State Bar No. 198443)
Law Offices of Kenneth H. Yoon
20 One Wilshire Boulevard, Suite 2200
Los Angeles, California  90017-3383
21 Telephone:   (213) 612-0988
Facsimile:    (213) 947-1211
22 Kyoon@yoon-law.com

23 Larry W. Lee (State Bar No. 228175)
Diversity Law Group, APC
24 444 S. Flower Street
Citigroup Center, Suite 1370
25 Los Angeles, California  90071
Telephone:   (213) 488-6555
26 Facsimile:    (213) 488-6554
lwlee@diversitylaw.com

27

28

ORDER & JOINT STIPULATION RE VACATION CLAIM, DISCOVERY RELATED TO YUM, AND
DISMISSAL OF YUM

1  Peter M. Hart (State Bar No. 198691)
Law Offices of Peter M. Hart
2  13952 Bora Bora Way, F-320
Marina Del Rey, California  90292
3  Telephone:    (310) 478-5789
Facsimile:    (509) 561-6441
4  hartpeter@msn.com

5  Liaison Counsel for Plaintiff Loraine Naranjo

6  Timothy J. Donahue (State Bar No. 110501)
Law Offices of Timothy J. Donahue
7  374 South Glassell Street
Orange, California  92866
8  Telephone:    (714) 289-2445
Facsimile:    (714) 289-2450
9
Liaison Counsel for Plaintiff Miriam Leyva
10

11  Jerusalem F. Beligan (SBN 211528)
Bisnar | Chase, LLP
12  One Newport Place
1301 Dove Street, Suite 120
13  Newport Beach, California  92660
Telephone:    (949) 752-2999
14  Facsimile:    (949) 752-2777
jbeligan@bisnarchase.com
15
Counsel for Plaintiff Endang Widjaja
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER & JOINT STIPULATION RE VACATION CLAIM, DISCOVERY RELATED TO YUM, AND
DISMISSAL OF YUM

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and

2 Defendants Taco Bell Corp., Taco Bell of America, Inc. and Yum! Brands, Inc.

3 ("Defendants"), through their counsel of record, that:

4    1.    Defendant Yum! Brands, Inc. shall be dismissed without prejudice as to all

5 of Plaintiffs' claims that have been brought against Yum! Brands, Inc. in the cases

6 consolidated under *In re Taco Bell Wage And Hour Actions*, 1:07-cv-01314-OWW-DLB

7 ("Action").

8    2.    The Parties shall bear their own costs and attorneys' fees in connection with

9 such dismissal of Yum! Brands, Inc.

10    3.    Neither Plaintiffs nor any of their counsel has received any form of

11 consideration for the dismissal of Yum! Brands, Inc.

12    4.    Putative class members will not be prejudiced by the dismissal of Yum!

13 Brands, Inc. as no notice has been sent to them regarding the issues relating to Yum!

14 Brands and accordingly, putative class members will not have relied on the litigation of

15 this issue.

16    5.    For all purposes of this litigation including, but not limited to Plaintiffs'

17 vacation claim, Taco Bell Corp. and Taco Bell of America, Inc. (collectively "Taco Bell")

18 agree that employees who transfer from a Taco Bell company-owned restaurant to a

19 restaurant that is a subsidiary of Yum! Brands, Inc. are no longer employed by Taco Bell at

20 the time of the transfer.

21    6.    Plaintiffs and Taco Bell agree not to assert that Yum! Brands, Inc. is the

22 employer, including a joint employer, of any employee working in a company-owned Taco

23 Bell restaurant.

24    7.    The Parties agree to and shall withdraw any discovery requests propounded

25 on Yum! Brands, Inc. or by Yum! Brands, Inc.

26    8.    In the event that Plaintiffs attempt to or succeed in refiling this case against

27 Yum! Brands, Inc., the provisions of paragraphs 5-6 shall be void.

28

- 1 -

1     SO STIPULATED.

2  Dated:  March 30, 2010 _                    INITIATIVE LEGAL GROUP, APC

3

4
                                              By:  ____ /s/ David Cheng _____
5                                                  Mónica Balderrama
                                                   David Cheng
6                                                  Katherine DenBleyker
                                                   Interim Lead Counsel for Plaintiffs
7

8  Dated:  March 30, 2010 _                    LAW OFFICES OF KENNETH H. YOON

9

10
                                              By:  ____ /s/ Kenneth H. Yoon _____
11                                                 Kenneth H. Yoon
                                                   Liaison Counsel for Plaintiffs
12

13 Dated:  March 30, 2010 _                    IRELL & MANELLA LLP

14

15
                                              By:  ____ /s/ Julie M. Davis _____
16                                                 Layn R. Phillips
                                                   Andra Barmash Greene
17                                                 Julie M. Davis
                                                   Aaron H. Cole
18                                                 Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

- 2 -

1

**ORDER**

2    The Court has read and considered the Joint Stipulation re Vacation Claim,

3 Discovery Related to Yum! Brands Inc., and Dismissal of Yum! Brands, Inc.  The parties

4 have agreed pursuant to the terms in the stipulation that Defendant Yum! Brands, Inc. shall

5 be dismissed without prejudice.

6    IT IS THEREFORE ORDERED:

7    1.    Defendant Yum! Brands, Inc. is dismissed without prejudice from the above-

8 entitled action.

9    2.    Each party shall bear its own fees and expenses in connection with the

10 dismissal.

11

12

13

14
IT IS SO ORDERED.

15
   Dated:    **March 30, 2010**              **/s/ Oliver W. Wanger**
16                                      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -