1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
10                          **FRESNO DIVISION**

| | | |
|---|---|---|
| 11  IN RE TACO BELL WAGE AND HOUR ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) | Master File: 1:07-cv-01314-OWW-DLB<br><br>Hon. Dennis L. Beck<br><br>**[PROPOSED] ORDER RE STIPULATION RE LEYVA DEPOSITION AND DISCOVERY CUT-OFF** |

17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

The Court has read and considered the Stipulation re Leyva Deposition and Discovery Cut-Off. The parties have agreed pursuant to the terms in the stipulation that Defendants may complete the deposition of Plaintiff Leyva past the class certification discovery cut-off date.

IT IS THEREFORE ORDERED:

1. Defendants may depose Plaintiff Leyva for the remaining time permitted under Rule 30(d)(1) of the Federal Rules of Civil Procedure after the discovery cut-off date of June 24, 2010. This deposition shall be completed no later than August 13, 2010.

2. This order shall have no effect on the class certification discovery cut-off date for any purpose other than completing the Leyva deposition.

IT IS SO ORDERED.

Dated: __**June 8, 2010**__                    _____/s/ *Dennis L. Beck*_____
                                                              UNITED STATES MAGISTRATE JUDGE