[Counsel listed on following page.]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File:<br>1:07-cv-01314-OWW-DLB<br><br>**ORDER TO CONTINUE BRIEFING DEADLINES AND HEARING RE CLASS CERTIFICATION** |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Interim Lead Counsel for Plaintiffs

Layn R. Phillips (SBN 103854)
lphillips@irell.com
Andra Barmash Greene (SBN 123931)
agreene@irell.com
Julie M. Davis (SBN 232488)
jdavis@irell.com
Aaron H. Cole (236655)
acole@irell.com
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (SBN 90485)
    shipp@littler.com
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendants
Taco Bell Corp. and Taco Bell of America, Inc.

**ORDER**

The Court has read and considered the Joint Stipulation To Continue Briefing Deadlines and Hearing Re Class Certification.

Good cause appearing pursuant to Rule 16(b)(4), IT IS ORDERED that the briefing and hearing schedule related to the Motion for Class Certification be continued as follows:

Plaintiffs' Motions re Class Certification Filing Deadline:  December 30, 2010

Opposition re Class Certification Filing Deadline: March 4, 2011

Replies re Class Certification Filing Deadline: April 8, 2011

Hearing re Class Certification: May 9, 2011, 10:00 a.m. Ctrm. 3.

IT IS SO ORDERED.

Dated:  **July 26, 2010**               **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE