# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File:<br>1:07-cv-01314-OWW-DLB<br><br>Hon. Dennis L. Beck<br><br>**ORDER RE STIPULATION RE LEYVA DEPOSITION CONTINUANCE AND DISCOVERY CUT-OFF** |

# ORDER

The Court has read and considered the Stipulation re Leyva Deposition Continuance and Discovery Cut-Off. The parties have agreed pursuant to the terms in the stipulation that Defendants may complete the deposition of Plaintiff Leyva past the class certification discovery cut-off date.

IT IS THEREFORE ORDERED:

1. Defendants may depose Plaintiff Leyva for the remaining time permitted under Rule 30(d)(1) of the Federal Rules of Civil Procedure. This deposition shall be completed no later than December 15, 2010.

2. This order shall have no effect on the class certification discovery cut-off date for any purpose other than completing the Leyva deposition.

IT IS SO ORDERED.

Dated:   **August 2, 2010**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE