- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File:<br>1:07-cv-01314-OWW-DLB<br><br>Hon. Dennis L. Beck<br><br>**ORDER RE STIPULATION RE LEYVA DEPOSITION CONTINUANCE TO JANUARY 2011** |

**ORDER**

The Court has read and considered the Stipulation re Leyva Deposition Continuance to January 2011. The parties have agreed pursuant to the terms in the stipulation that Defendants may complete the deposition of Plaintiff Leyva past the class certification discovery cut-off date.

IT IS THEREFORE ORDERED:

1. Defendants may depose Plaintiff Leyva for the remaining time permitted under Rule 30(d)(1) of the Federal Rules of Civil Procedure. This deposition shall be completed no later than January 14, 2011.

2. This order shall have no effect on the class certification discovery cut-off date for any purpose other than completing the Leyva deposition.

IT IS SO ORDERED.

Dated: __**December 8, 2010**__        _____/s/ *Dennis L. Beck*_____
                                                                    UNITED STATES MAGISTRATE JUDGE