Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051

Interim Lead Counsel for Plaintiffs
[*Additional counsel listed on following pages*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314 OWW DLB<br><br>Hon. Oliver W. Wanger<br><br>**CLASS ACTION & CALIFORNIA LABOR CODE PRIVATE ATTORNEYS GENERAL ACT**<br><br>**ORDER RE: REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Lead Case Filed:   September 7, 2007<br>Trial Date:              None |

Mark Yablonovich (SBN 186670)
mark@yablonovichlaw.com
Michael Coats (SBN 258941)
michael@yablonovichlaw.com
Law Offices of Mark Yablonovich
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246
Facsimile: (310) 407-5391

Attorneys for Plaintiffs Teresa Nave,
Christopher Duggan, Kevin
Taylor, and Debra Doyle

Kenneth H. Yoon (SBN 198443)
Kyoon@yoon-law.com
Law Offices of Kenneth H. Yoon
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Larry W. Lee (SBN 228175)
lwlee@diversitylaw.com
Diversity Law Group, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California  90071
Telephone:  (213) 488-6555
Facsimile:  (213) 488-6554

Peter M. Hart (SBN 198691)
hartpeter@msn.com
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Liaison Counsel for Plaintiff Loraine Naranjo

Timothy J. Donahue (SBN 110501)
tdonahue@attorneydonahue.com
Law Offices of Timothy J. Donahue
374 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PDF created with pdfFactory trial version www.pdffactory.com

Jerusalem F. Beligan (SBN 211528)
Bisnar | Chase, LLP
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777
jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

This cause has come before the Court upon the Request to Seal Documents in Support of Plaintiffs' Motion for Class Certification ("Request"). The Court, having reviewed the Request and any responses thereto, **ORDERS, ADJUDGES and DECREES** the following evidence to be / not to be filed under seal:

Ex. A, bates-labelled TB-MED000010940 – TB-MED000010959

Granted: __X___Denied:     _____

Ex. C, bates-labelled TB/MED000005379 - TB-MED000005380

Granted: __X___Denied:     _____

Ex. G, bates-labelled TB-MED000012355 – TB-MED000012368

Granted: __X___Denied:     _____

Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 40 Line 12 through Page 41 Line 3

Granted: __X___Denied:     _____

Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 51 Line 25 through Page 53 Line 4

Granted: _X____Denied:     _____

Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 67 Line 11 through Page 71 Line 2

Granted: ___X__Denied:     _____

Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 74 Line 17 through Page 74 Line 23

Granted: __X___Denied:     _____

Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 87 Line 19 through Page 89 Line 25

Granted: __X___Denied:     _____

Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 105 Line 12 through Page 106 Line 19

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PDF created with pdfFactory trial version www.pdffactory.com

1  Granted: __X___Denied: _____
2  Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 121 Line 10
3  through Page 123 Line 3
4  Granted: ___X__Denied: _____
5  Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 124 Line 21
6  through Page 128 Line 20
7  Granted: __X___Denied: _____
8  Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 152 Line 5
9  through Page 153 Line 19
10 Granted: __X___Denied: _____
11 Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 158 Line 25
12 through Page 159 Line 6
13 Granted: ___X__Denied: _____
14 Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 166 Line 6
15 through Page 167 Line 4
16 Granted: __X___Denied: _____
17 Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 169 Line 5
18 through Page 171 Line 17
19 Granted: __X___Denied: _____
20 Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 179 Line 2
21 through Page 179 Line 18
22 Granted: __X___Denied: _____
23 Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 218 Line 21
24 through Page 219 Line 19
25 Granted: __X___Denied: _____
26 Ex. I, Deposition Transcript of Tawanda Starms, dated February 4, 2010, Page 235 Line 21
27 through Page 237 Line 4
28 Granted: __X___Denied: _____

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PDF created with pdfFactory trial version www.pdffactory.com

1  Ex. Q, bates-labelled TB/MED0000005393 – TB/MED0000005394

2  Granted: _X____ Denied: _____

3  Ex. R, bates-labelled TB/MED000003378 - TB-MED000003381

4  Granted: __X___ Denied: _____

5  Ex. V, bates-labelled TB-MED000012402 – TB-MED000012404

6  Granted: ___X__ Denied: _____

7  Ex. W, bates-labelled TB/MED000010614 – TB/MED000010618

8  Granted: _X____ Denied: _____

9  Ex. AA, Unredacted version of Memorandum of Points and Authorities in Support of

10 Plaintiffs' Motion for Class Certification

11 Granted: _X____ Denied: _____

12 Ex. BB, Unredacted version of Declaration of Mónica Balderrama in Support of Plaintiffs'

13 Motion for Class Certification

14 Granted: __X___ Denied: _____

15 Ex. CC, Declaration of James Lackritz, Ph.D. in Support of Plaintiffs' Motion for Class

16 Certification

17 Granted: __X___ Denied: _____

18 Ex. DD, Declaration of Phil Gorman, Ph.D. in Support of Plaintiffs' Motion for Class

19 Certification

20 Granted: _X___ Denied: _____

21 Ex. EE, Declaration of Bruce A. Reinig, Ph.D. in Support of Plaintiffs' Motion for Class

22 Certification

23 Granted: ___X__ Denied: _____

24      **IT IS SO ORDERED.**

25

26 Dated: January 25, 2011          /s/ OLIVER W. WANGER
                                    United States District Court Judge
27

28

Page 3

ORDER RE: REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com