1  [Counsel listed on following page.]

2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              **FRESNO DIVISION**

11 | IN RE TACO BELL WAGE AND HOUR ) | Master File:
   | ACTIONS                        ) | 1:07-cv-01314-OWW-DLB
12 |                                ) |
   |                                ) | Hon. Oliver W. Wanger
13 |                                ) |
   |                                ) |
14 |                                ) | **STIPULATION AND ORDER TO**
   |                                ) | **CONTINUE CLASS CERTIFICATION**
15 |                                ) | **BRIEFING AND HEARING DATES**
   |                                ) |
16 |                                ) |

17
18
19
20
21
22
23
24
25
26
27
28

IRELL & MANELLA LLP
Layn R. Phillips (103854) (lphillips@irell.com)
Andra Barmash Greene (123931) (agreene@irell.com)
Julie M. Davis (232488) (jdavis@irell.com)
Eric J. Hayden (254107) (ehayden@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (90485) (shipp@littler.com)
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendants Taco Bell Corp. and
Taco Bell of America, Inc.

Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Miriam Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine DenBleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group, APC
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:   (310) 861-9051

Interim Lead Counsel for Plaintiffs

Mark Yablonovich (SBN 186670)
mark@yablonovichlaw.com
Michael Coats (SBN 258941)
michael@yablonovichlaw.com
Law Offices of Mark Yablonovich
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246
Facsimile: (310) 407-5391

Attorneys for Plaintiffs Teresa Nave,
Christopher Duggan, Kevin Taylor,
and Debra Doyle

Kenneth H. Yoon (State Bar No. 198443)
Law Offices of Kenneth H. Yoon
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
Kyoon@yoon-law.com

Larry W. Lee (State Bar No. 228175)
Diversity Law Group, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversitylaw.com

Peter M. Hart (State Bar No. 198691)
Law Offices of Peter M. Hart
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

Liaison Counsel for Plaintiff Loraine Naranjo

Timothy J. Donahue (State Bar No. 110501)
Law Offices of Timothy J. Donahue
374 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva

Jerusalem F. Beligan (SBN 211528)
Bisnar | Chase, LLP
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777
jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja

1    IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants Taco Bell Corp. and Taco Bell of America, Inc. ("Defendants"), through their counsel of record, that,

WHEREAS:

1. On July 26, 2010, the Court continued the class certification motion deadline to December 30, 2010, the opposition deadline to March 4, 2011, the reply deadline to April 8, 2011, and the hearing on class certification to May 9, 2011;

2. Plaintiffs filed their motion for class certification on December 30, 2011;

3. Defendants have subpoenaed a number of witnesses who provided declarations on behalf of Plaintiffs' class certification motion;

4. The parties are working cooperatively to schedule depositions on dates convenient for counsel and the deponents; and

5. The schedules of Plaintiffs' counsel and the deponents require that certain depositions be set after February 15, 2011;

IT IS THEREFORE ACKNOWLEDGED AND AGREED THAT:

6. Defendants shall have until March 25, 2011 to file their class certification opposition;

7. Plaintiffs shall have until April 29, 2011 to file their reply to that opposition; and

8. The hearing on class certification should take place on May 23, 2011.

STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING DATES

2371631

1  Dated: January 31, 2011                INITIATIVE LEGAL GROUP, APC

<br>

By:     /s/ David Cheng
          Mónica Balderrama
          Miriam Schimmel
          David Cheng
          Katherine DenBleyker
          Interim Lead Counsel for Plaintiffs

Dated: January 31, 2011                IRELL & MANELLA LLP

<br>

By:     /s/ Julie Davis
          Layn R. Phillips
          Andra Barmash Greene
          Julie M. Davis
          Eric Hayden
          Attorneys for Defendants

## ORDER

The Court has read and considered the parties' Stipulation to Continue Class Certification Briefing and Hearing Dates.  Good cause appearing pursuant to Federal Rule of Civil Procedure 16(b)(4),

IT IS THEREFORE ORDERED:

The briefing and hearing schedule for the Motion for Class Certification is continued as follows:

1. Defendant's Opposition to Plaintiffs' Class Certification Motion is due March 25, 2011;

2. Plaintiffs' Reply is due April 29, 2011;

3. The hearing on the Motion for Class Certification shall be on May 23, 2011 at 10:00 a.m. in Courtroom 3.

///
///
///

1
2 IT IS SO ORDERED.
3     Dated:   **February 1, 2011**              **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE
4
5