# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-OWW-DLB <br><br> Hon. Oliver W. Wanger <br><br> **ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING DATES** |

The Court has read and considered the parties' Stipulation to Continue Class Certification Briefing and Hearing Dates. Good cause appearing pursuant to Federal Rule of Civil Procedure 16(b)(4), IT IS THEREFORE ORDERED:

The briefing and hearing schedule for the Motion for Class Certification is continued as follows: 1. Defendant's Opposition to Plaintiffs' Motion for Class Certification is due April 22, 2011; 2. Plaintiffs' Reply is due May 20, 2011; 3. The hearing on the Motion for Class Certification shall be on June 6, 2011 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:  **February 23, 2011**          **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE