1  Mónica Balderrama (SBN 196424)
   MBalderrama@InitiativeLegal.com
2  Miriam Schimmel (SBN 185089)
   MSchimmel@InitiativeLegal.com
3  David Cheng (SBN 240926)
   DCheng@InitiativeLegal.com
4  Katherine Den Bleyker (SBN 257187)
   KDenBleyker@InitiativeLegal.com
5  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
6  Los Angeles, California 90067
   Telephone:    (310) 556-5637
7  Facsimile:    (310) 861-9051

8  Interim Lead Counsel for Plaintiffs
   [*Additional counsel listed on following pages*]
9

10                    UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12

| 13 IN RE TACO BELL WAGE AND HOUR ACTIONS | MASTER FILE:  1:07-cv-01314 OWW/DLB |
|---|---|
| 14 | Hon. Oliver W. Wanger |
| 15 | **CLASS ACTION/CALIFORNIA LABOR CODE PRIVATE ATTORNEYS' GENERAL ACT** |
| 16 | |
| 17 | **ORDER GRANTING PLAINTIFFS' AMENDED EX PARTE APPLICATION FOR ORDER TO SHORTEN NOTICE PERIOD FOR AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT** |
| 18 | |
| 19 | |
| 20 | |
| 21 | Place:    Courtroom 3 |
| 22 | Lead Case Filed:   September 7, 2007<br>Trial Date:         None |

1  Mark Yablonovich (SBN 186670)
   mark@yablonovichlaw.com
2  Michael Coats (SBN 258941)
   michael@yablonovichlaw.com
3  Law Offices of Mark Yablonovich
   1875 Century Park East, Suite 700
4  Los Angeles, California 90067-2508
   Telephone: (310) 286-0246
5  Facsimile: (310) 407-5391

6  Attorneys for Plaintiffs Christopher Duggan, Kevin
   Taylor, and Debra Doyle
7
   Kenneth H. Yoon (SBN 198443)
8  Kyoon@yoon-law.com
   Law Offices of Kenneth H. Yoon
9  One Wilshire Boulevard, Suite 2200
   Los Angeles, California 90017-3383
10 Telephone: (213) 612-0988
   Facsimile: (213) 947-1211
11
   Larry W. Lee (SBN 228175)
12 lwlee@diversitylaw.com
   Diversity Law Group, APC
13 444 S. Flower Street
   Citigroup Center, Suite 1370
14 Los Angeles, California  90071
   Telephone:  (213) 488-6555
15 Facsimile:  (213) 488-6554

16 Peter M. Hart (SBN 198691)
   hartpeter@msn.com
17 Law Offices of Peter M. Hart
   13952 Bora Bora Way, F-320
18 Marina Del Rey, California 90292
   Telephone: (310) 478-5789
19 Facsimile: (509) 561-6441

20 Liaison Counsel for Plaintiff Loraine Naranjo

21 Timothy J. Donahue (SBN 110501)
   tdonahue@attorneydonahue.com
22 Law Offices of Timothy J. Donahue
   374 South Glassell Street
23 Orange, California 92866
   Telephone: (714) 289-2445
24 Facsimile: (714) 289-2450

25 Liaison Counsel for Plaintiff Miriam Leyva

26

27

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

ORDER GRANTING PLAINTIFFS' AMENDED EX PARTE APPLICATION

1  Jerusalem F. Beligan (SBN 211528)
   Bisnar | Chase, LLP
2  One Newport Place
   1301 Dove Street, Suite 120
3  Newport Beach, California 92660
   Telephone: (949) 752-2999
4  Facsimile: (949) 752-2777
   jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja

**ORDER**

The Court has read and considered Plaintiffs' Amended Ex Parte Application for Order to Shorten Notice Period for Amended Motion for Leave to File First Amended Consolidated Complaint, and any objections filed thereto.   Having read and considered Plaintiffs' Amended Ex Parte Application ("Application") and having considered the arguments of the parties the Application is **HEREBY GRANTED**.

The hearing for Plaintiffs' Amended Motion for Leave to File First Amended Consolidated Complaint, currently set to be heard at 10:00 a.m. on April 11, 2011 Courtroom 3 of the United States District Court, Eastern District of California—Fresno Division, located at 2500 Tulare Street, Fresno, California, 93721, Hon. Oliver W. Wanger presiding, shall be heard on shortened time on Arpil 11, 2011.

Defendants may file their Opposition by April 3, 2011 (no more than 7 pages).

Plaintiffs may file their Reply by April 7, 2011 (no more than 3 pages).

**IT IS SO ORDERED.**

Dated:  March 23, 2011                     /s/ OLIVER W. WANGER
                                           Hon. Oliver W. Wanger
                                           United States District Court Judge