- 1 -

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-OWW-DLB <br><br> Hon. Oliver W. Wanger <br><br> **ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS** |

The Court has read and considered the parties' Stipulation to Exceed Page Limits. Good cause appearing,

IT IS THEREFORE ORDERED:

1. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be limited to 30 pages;

2. Plaintiffs' Reply In Support Of Motion for Class Certification shall be limited to 15 pages.

3.
IT IS SO ORDERED.

   Dated:   **April 11, 2011**              **/s/ Oliver W. Wanger**
                                                                      UNITED STATES DISTRICT JUDGE

5.
6.