[Counsel listed on following page.]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-OWW-DLB |
| | Hon. Oliver W. Wanger |
| | **ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING** |

1  Miriam Schimmel (SBN 185089)
   MSchimmel@InitiativeLegal.com
2  David Cheng (SBN 240926)
   DCheng@InitiativeLegal.com
3  Katherine DenBleyker (SBN 257187)
   KDenBleyker@InitiativeLegal.com
4  Initiative Legal Group, APC
   1800 Century Park East, Second Floor
5  Los Angeles, California  90067
   Telephone:   (310) 556-5637
6  Facsimile:   (310) 861-9051

7  Interim Lead Counsel for Plaintiffs

8  Mark Yablonovich (SBN 186670)
   mark@yablonovichlaw.com
9  Michael Coats (SBN 258941)
   michael@yablonovichlaw.com
10 Law Offices of Mark Yablonovich
   1875 Century Park East, Suite 700
11 Los Angeles, California 90067-2508
   Telephone: (310) 286-0246
12 Facsimile: (310) 407-5391

13 Attorneys for Plaintiffs
   Christopher Duggan, Kevin Taylor,
14 and Debra Doyle

15 Kenneth H. Yoon (State Bar No. 198443)
   Law Offices of Kenneth H. Yoon
16 One Wilshire Boulevard, Suite 2200
   Los Angeles, California  90017-3383
17 Telephone:   (213) 612-0988
   Facsimile:   (213) 947-1211
18 Kyoon@yoon-law.com

19 Larry W. Lee (State Bar No. 228175)
   Diversity Law Group, APC
20 444 S. Flower Street
   Citigroup Center, Suite 1370
21 Los Angeles, California  90071
   Telephone:   (213) 488-6555
22 Facsimile:   (213) 488-6554
   lwlee@diversitylaw.com
23
   Peter M. Hart (State Bar No. 198691)
24 Law Offices of Peter M. Hart
   One Wilshire Boulevard, Suite 2200
25 Los Angeles, California  90017
   Telephone:   (310) 478-5789
26 Facsimile:   (509) 561-6441
   hartpeter@msn.com
27
   Liaison Counsel for Plaintiff Loraine Naranjo
28

---

ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING

Timothy J. Donahue (State Bar No. 110501)
Law Offices of Timothy J. Donahue
374 South Glassell Street
Orange, California 92866
Telephone:   (714) 289-2445
Facsimile:   (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva


Jerusalem F. Beligan (SBN 211528)
Bisnar | Chase, LLP
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone:   (949) 752-2999
Facsimile:   (949) 752-2777
jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja


IRELL & MANELLA LLP
Layn R. Phillips (103854) (lphillips@irell.com)
Andra Barmash Greene (123931) (agreene@irell.com)
Julie M. Davis (232488) (jdavis@irell.com)
Eric J. Hayden (254107) (ehayden@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile:   (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (90485) (shipp@littler.com)
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile:   (559) 244-7525

Attorneys for Defendants Taco Bell Corp. and
Taco Bell of America, Inc.

ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING

# ORDER

The Court has read and considered the parties' Stipulation to Continue Class Certification Briefing. Good cause appearing pursuant to Federal Rule of Civil Procedure 16(b)(4),

IT IS THEREFORE ORDERED:

1. Plaintiffs' Reply in response to Defendants' Opposition to the Motion for Class Certification is continued from May 20, 2011 to May 27, 2011;
2. The hearing on the Motion for Class Certification shall remain as calendared for June 6, 2011 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   **May 6, 2011**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE