Miriam Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Interim Lead Counsel for Plaintiffs
[*Additional counsel listed on following pages*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

IN RE TACO BELL WAGE AND HOUR ACTIONS

MASTER FILE: 1:07-cv-01314 OWW DLB

Hon. Oliver W. Wanger

**CLASS ACTION/CALIFORNIA LABOR CODE PRIVATE ATTORNEYS' GENERAL ACT**

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT**

Place: Courtroom 3

Lead Case Filed: September 7, 2007
Trial Date: None



PDF created with pdfFactory trial version www.pdffactory.com

Mark Yablonovich (SBN 186670)
mark@yablonovichlaw.com
Michael Coats (SBN 258941)
michael@yablonovichlaw.com
Law Offices of Mark Yablonovich
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246
Facsimile: (310) 407-5391

Attorneys for Plaintiffs Christopher Duggan, Kevin Taylor, and Debra Doyle

Kenneth H. Yoon (SBN 198443)
Kyoon@yoon-law.com
Law Offices of Kenneth H. Yoon
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Larry W. Lee (SBN 228175)
lwlee@diversitylaw.com
Diversity Law Group, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Peter M. Hart (SBN 198691)
hartpeter@msn.com
Law Offices of Peter M. Hart
1227 South Barry Ave., Suite 1
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Liaison Counsel for Plaintiff Loraine Naranjo

Timothy J. Donahue (SBN 110501)
tdonahue@attorneydonahue.com
Law Offices of Timothy J. Donahue
374 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva



PDF created with pdfFactory trial version www.pdffactory.com

Jerusalem F. Beligan (SBN 211528)
Bisnar | Chase, LLP
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777
jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja

**ORDER**

The Court has reviewed and considered Plaintiffs' Ex Parte Application for Order Granting Leave to Exceed Page Limit ("Application"), and any objections filed thereto. Good cause appearing,

**IT IS THEREFORE ORDERED:**

Plaintiffs' Reply in Support of Motion for Class Certification shall be limited to 20 pages.

**IT IS SO ORDERED.**

Dated: _May 9, 2011__________________ /s/ OLIVER W. WANGER
United States District Court Judge



PDF created with pdfFactory trial version www.pdffactory.com