Miriam Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:   (310) 861-9051

Interim Lead Counsel for Plaintiffs
[*Additional counsel listed on following pages*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| IN RE TACO BELL WAGE AND HOUR ACTIONS | MASTER FILE: 1:07-cv-01314 OWW DLB<br><br>Hon. Oliver W. Wanger<br><br>**CLASS ACTION/CALIFORNIA LABOR CODE PRIVATE ATTORNEYS' GENERAL ACT**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT**<br><br>Date:    April 11, 2011<br>Time:   10:00 a.m.<br>Place:   Courtroom 3<br><br>Lead Case Filed:   September 7, 2007<br>Trial Date:   None |
|---|---|

PDF created with pdfFactory trial version www.pdffactory.com

1  Mark Yablonovich (SBN 186670)
   mark@yablonovichlaw.com
2  Michael Coats (SBN 258941)
   michael@yablonovichlaw.com
3  Law Offices of Mark Yablonovich
   1875 Century Park East, Suite 700
4  Los Angeles, California 90067-2508
   Telephone: (310) 286-0246
5  Facsimile: (310) 407-5391

6  Attorneys for Plaintiffs Christopher Duggan, Kevin
   Taylor, and Debra Doyle
7
   Kenneth H. Yoon (SBN 198443)
8  Kyoon@yoon-law.com
   Law Offices of Kenneth H. Yoon
9  One Wilshire Boulevard, Suite 2200
   Los Angeles, California 90017-3383
10 Telephone: (213) 612-0988
   Facsimile: (213) 947-1211
11
   Larry W. Lee (SBN 228175)
12 lwlee@diversitylaw.com
   Diversity Law Group, APC
13 444 S. Flower Street
   Citigroup Center, Suite 1370
14 Los Angeles, California  90071
   Telephone:  (213) 488-6555
15 Facsimile:  (213) 488-6554

16 Peter M. Hart (SBN 198691)
   hartpeter@msn.com
17 Law Offices of Peter M. Hart
   13952 Bora Bora Way, F-320
18 Marina Del Rey, California 90292
   Telephone: (310) 478-5789
19 Facsimile: (509) 561-6441

20 Liaison Counsel for Plaintiff Loraine Naranjo

21 Timothy J. Donahue (SBN 110501)
   tdonahue@attorneydonahue.com
22 Law Offices of Timothy J. Donahue
   374 South Glassell Street
23 Orange, California 92866
   Telephone: (714) 289-2445
24 Facsimile: (714) 289-2450

25 Liaison Counsel for Plaintiff Miriam Leyva

26

27

28

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PDF created with pdfFactory trial version www.pdffactory.com

Jerusalem F. Beligan (SBN 211528)
Bisnar | Chase, LLP
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777
jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Plaintiffs' Amended Motion for Leave to File First Amended Consolidated Complaint came for a hearing before this Court on April 11, 2011 at 10:00 a.m., in Courtroom 3 of the United States District Court, Eastern District of California—Fresno Division, located at 2500 Tulare Street, Fresno, California, 93721, Hon. Oliver W. Wanger presiding.

The Court has reviewed Plaintiffs' Motion, Defendants' Opposition, Plaintiffs' Reply, and all other documents and materials submitted in connection with the Motion and after oral argument, and good cause appearing, **ORDERS** as follows:

Plaintiffs' Amended Motion for Leave to File First Amended Consolidated Complaint is hereby **GRANTED** in part and **DENIED** in part, as follows:

a) Plaintiffs' Motion to add Mr. Escobar to the Consolidated Complaint is GRANTED;

b) Plaintiffs' Motion to amend the proposed Plaintiff Subclasses is DENIED; and

c) Plaintiffs' Motion to amend the Consolidated Complaint to conform it with facts learned in discovery is GRANTED, specifically:

- Plaintiffs may add allegations concerning Endang Widjaja, Christopher Duggan, Kevin Taylor, and Debra Doyle in the preamble, paragraphs 9 through 12 and 40 through 43;
- Plaintiffs may delete all allegations related to defendant Yum! Brands, Inc.
- In the prayer for relief, Plaintiffs may modify the Prayer for Relief to specify the proposed appointments of class and/or liaison counsel;
- Plaintiffs may amend Plaintiff Miriam Leyva's current residence; and
- Plaintiffs may amend the allegations pertaining to Plaintiffs Sandrika Medlock, Lisa Hardiman, Miriam Leyva and Loraine Naranjo to reflect their positions and approximate date of employment for Defendants in paragraphs 36 through 39.

Plaintiffs submit a proposed First Amended Consolidated Complaint ("FACC"), which is attached to this Order as Exhibit A. The Court finds that the proposed FACC is consistent

Page 1

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  with the Court's Memorandum Decision, issued on May 3, 2011.  (Docket No. 222.)

2       Plaintiffs shall file their proposed First Amended Consolidated Complaint, which is

3  attached to this Order as Exhibit A.

5  **IT IS SO ORDERED.**

7  Dated: <u>May 16, 2011</u>　　　　　　　　　<u>/s/ OLIVER W. WANGER</u>
                                                  United States District Court Judge

Page 2

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PDF created with pdfFactory trial version www.pdffactory.com