# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-OWW-DLB <br><br> Hon. Oliver W. Wanger <br><br> **ORDER DISMISSING PLAINTIFF TERESA NAVE WITHOUT PREJUDICE; WITHDRAWAL OF COSTIN DECLARATION** |

Upon oral motion of the plaintiffs and agreement by defendants at the June 7, 2011 hearing on class certification, Plaintiff Teresa Nave is hereby DISMISSED WITHOUT PREJUDICE from the above-entitled action.

Furthermore, the parties agreed at the June 7, 2011 hearing, and the Court therefore orders, that the Declaration of Ethan Costin [Doc. 192, pages 59-60] is hereby WITHDRAWN.

IT IS SO ORDERED.

Dated: July 1, 2011                   /s/ OLIVER W. WANGER
                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com