1  [Counsel listed on following page.]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                          **FRESNO DIVISION**

11  IN RE TACO BELL WAGE AND HOUR      )   MASTER FILE:  CV-F-07-1314 OWW/DLB
    ACTIONS                            )
12                                     )   Hon. Oliver W. Wanger
                                       )
13                                     )   CLASS ACTION & CALIFORNIA LABOR
                                       )   CODE PRIVATE ATTORNEYS GENERAL
14                                     )   ACT
                                       )
15                                     )   **ORDER RE STIPULATION TO**
                                       )   **CONTINUE DEFENDANTS' MOTION TO**
16                                     )   **STAY HEARING DATE**
                                       )
17                                     )   Date:      August 8, 2011
                                       )   Time:      10:00 a.m.
18                                     )   Place:     Courtroom 3
                                       )
19                                     )   Lead Case Filed:     September 7, 2007
                                       )   Trial Date:    None
20  _____)

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  Matthew Theriault (SBN 244037)
   MTheriault@InitiativeLegal.com
2  Miriam Schimmel (SBN 185089)
   MSchimmel@InitiativeLegal.com
3  David Cheng (SBN 240926)
   DCheng@InitiativeLegal.com
4  Katherine DenBleyker (SBN 257187)
   KDenBleyker@InitiativeLegal.com
5  Initiative Legal Group, APC
   1800 Century Park East, Second Floor
6  Los Angeles, California  90067
   Telephone:     (310) 556-5637
7  Facsimile:     (310) 861-9051

8  Interim Lead Counsel for Plaintiffs

9  Mark Yablonovich (SBN 186670)
   mark@yablonovichlaw.com
10 Michael Coats (SBN 258941)
   michael@yablonovichlaw.com
11 Law Offices of Mark Yablonovich
   1875 Century Park East, Suite 700
12 Los Angeles, California 90067-2508
   Telephone: (310) 286-0246
13 Facsimile: (310) 407-5391

14 Attorneys for Plaintiffs
   Hilario Escobar, Christopher Duggan, Kevin Taylor,
15 and Debra Doyle

16 Kenneth H. Yoon (State Bar No. 198443)
   Law Offices of Kenneth H. Yoon
17 One Wilshire Boulevard, Suite 2200
   Los Angeles, California  90017-3383
18 Telephone:     (213) 612-0988
   Facsimile:     (213) 947-1211
19 Kyoon@yoon-law.com

20 Larry W. Lee (State Bar No. 228175)
   Diversity Law Group, APC
21 444 S. Flower Street
   Citigroup Center, Suite 1370
22 Los Angeles, California  90071
   Telephone:     (213) 488-6555
23 Facsimile:     (213) 488-6554
   lwlee@diversitylaw.com
24
   Peter M. Hart (State Bar No. 198691)
25 Law Offices of Peter M. Hart
   One Wilshire Boulevard, Suite 2200
26 Los Angeles, California  90017
   Telephone:     (310) 478-5789
27 Facsimile:     (509) 561-6441
   hartpeter@msn.com
28
   Liaison Counsel for Plaintiff Loraine Naranjo

_____

PDF created with pdfFactory trial version www.pdffactory.com

1  Timothy J. Donahue (State Bar No. 110501)
   Law Offices of Timothy J. Donahue
2  374 South Glassell Street
   Orange, California  92866
3  Telephone:     (714) 289-2445
   Facsimile:     (714) 289-2450
4
   Liaison Counsel for Plaintiff Miriam Leyva
5

6  Jerusalem F. Beligan (SBN 211528)
   Bisnar | Chase, LLP
7  One Newport Place
   1301 Dove Street, Suite 120
8  Newport Beach, California  92660
   Telephone:     (949) 752-2999
9  Facsimile:     (949) 752-2777
   jbeligan@bisnarchase.com
10
   Counsel for Plaintiff Endang Widjaja
11

12  IRELL & MANELLA LLP
    Layn R. Phillips (103854) (lphillips@irell.com)
13  Andra Barmash Greene (123931) (agreene@irell.com)
    Julie M. Davis (232488) (jdavis@irell.com)
14  Eric J. Hayden (254107) (ehayden@irell.com)
    840 Newport Center Drive, Suite 400
15  Newport Beach, California  92660-6324
    Telephone:   (949) 760-0991
16  Facsimile:   (949) 760-5200

17  LITTLER MENDELSON
    Spencer H. Hipp (90485) (shipp@littler.com)
18  5200 North Palm Avenue, Suite 302
    Fresno, California  93704-2225
19  Telephone:   (559) 244-7500
    Facsimile:   (559) 244-7525
20
    Attorneys for Defendants Taco Bell Corp. and
21  Taco Bell of America, Inc.

22

23

24

25

26

27

28

_____
ORDER RE STIPULATION TO CONTINUE DEFENDANTS' MOTION TO STAY HEARING DATE

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2        The Court has read and considered the parties' Stipulation to Continue Defendants' Motion

3  to Stay Hearing Date.  Good cause appearing,

4       IT IS THEREFORE ORDERED:

5      1.   The hearing date on Defendants' Motion to Stay is continued from August 8, 2011 to

6           August 22, 2011 at 10:00 a.m. in Courtroom 3; and

7      2.   The briefing deadlines for Plaintiffs' Opposition to the Motion to Stay and Defendants'

8           Reply shall remain as July 25, 2011 and August 1, 2011, respectively.

9      **IT IS SO ORDERED.**

10

11  Dated:  July, 20, 2011                  /s/ OLIVER W. WANGER

                                              Hon. Oliver W. Wanger

12                                    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com