1  | IRELL & MANELLA LLP
   | Layn R. Phillips (103854) (lphillips@irell.com)
2  | Andra Barmash Greene (123931) (agreene@irell.com)
   | Julie M. Davis (232488) (jdavis@irell.com)
3  | Eric Hayden (254107) (ehayden@irell.com)
   | 840 Newport Center Drive, Suite 400
4  | Newport Beach, California 92660-6324
   | Telephone:  (949) 760-0991
5  | Facsimile:   (949) 760-5200

6  | LITTLER MENDELSON
   | Spencer H. Hipp (90485) (shipp@littler.com)
7  | 5200 North Palm Avenue, Suite 302
   | Fresno, California 93704-2225
8  | Telephone:  (559) 244-7500
   | Facsimile:   (559) 244-7525
9
   | Attorneys for Defendants
10 | Taco Bell Corp. and
   | Taco Bell of America, Inc.
11

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| IN RE TACO BELL WAGE AND HOUR ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File:<br>1:07-cv-01314-OWW-DLB<br><br>**ORDER GRANTING DEFENDANTS TACO BELL CORP.'S AND TACO BELL OF AMERICA, INC.'S MOTION TO STAY**<br><br>Date:  August 22, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 3 |

2486690                         ORDER GRANTING MOTION TO STAY

**ORDER**

The Court, having read and considered the parties' papers regarding Defendants Taco Bell Corp.'s and Taco Bell of America, Inc.'s Motion to Stay, and after hearing the matter on August 22, 2011 and rendering a written decision on August 30, 2011, HEREBY ORDERS AS FOLLOWS:

1. Defendants' motion to stay is GRANTED. All further proceedings in this action with regard to Plaintiffs' Fourth Cause of Action (missed meal periods) and Fifth Cause of Action (missed rest periods) are hereby stayed until the California Supreme Court issues its decision in *Brinker Restaurant Corp. v. Superior Court*, 165 Cal. App. 4th 24 (2008), *review granted*, 85 Cal. Rptr. 3d 688 (2008) ("*Brinker*") and in *Brinkley v. Public Storage, Inc.*, 167 Cal. App. 4th 1278 (2008), *review granted*, 87 Cal. Rptr. 3d 674 (2009) ("*Brinkley*").

2. The parties shall provide notice to the Court when the California Supreme Court issues its decision and opinion in *Brinker* or *Brinkley*.

3. A status conference is set for August 20, 2012 in the above-entitled Court, Courtroom 3 at 10:00 a.m.

4. During the pendency of the stay, Plaintiffs may, if they deem it in their best interests, dismiss their meal break and rest break claims without prejudice.

5. This stay shall not affect in any way the pending motion on class certification issues.

IT IS SO ORDERED.

Dated:  **September 9, 2011**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE