IRELL & MANELLA LLP
Layn R. Phillips (103854) (lphillips@irell.com)
Andra Barmash Greene (123931) (agreene@irell.com)
Julie M. Davis (232488) (jdavis@irell.com)
Eric Hayden (254107) (ehayden@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California  92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

LITTLER MENDELSON
Spencer H. Hipp (90485) (shipp@littler.com)
5200 North Palm Avenue, Suite 302
Fresno, California  93704-2225
Telephone:   (559) 244-7500
Facsimile:   (559) 244-7525

Attorneys for Defendants
Taco Bell Corp. and
Taco Bell of America, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-OWW-DLB |
| | **ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TACO BELL'S MOTION TO EXCLUDE THE DECLARATION AND REPORT OF JAMES LACKRITZ** |
| | Date:   June 6, 2011 |
| | Time:   10:00 a.m. |
| | Place:  Courtroom 3 |

2500173

ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TACO BELL'S
MOTION TO EXCLUDE THE DECLARATION AND REPORT OF JAMES LACKRITZ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court, having read and considered the parties' papers regarding Plaintiffs' Motion for Class Certification, and the parties' papers regarding Defendants Taco Bell Corp. and Taco Bell of America, Inc.'s ("Taco Bell") Motion to Exclude the Declaration and Report of James Lackritz, and after hearing the matters on June 6 and June 7, 2011, and rendering a written decision on September 26, 2011, HEREBY ORDERS AS FOLLOWS:

1.      Plaintiffs' Motion for Class Certification is DENIED without prejudice as to the final pay and vacation pay subclasses.

2.      Taco Bell's Motion to Exclude the Declaration and Report of James Lackritz is GRANTED as to his opinions on Plaintiffs' final pay and vacation pay claims.

3.      The Court will consider nomination of additional Plaintiffs' lawyers to serve as co-lead class counsel, when and if a class or subclass is ever certified.

**IT IS SO ORDERED.**

Dated:  September 29, 2011                           _____/s/ Oliver W. Wanger_____
                                                    Hon. Oliver W. Wanger
                                                    Judge, United States District Court