# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS, | ) 1:07cv1314 LJO DLB )  )  ) ORDER GRANTING IN PART AND ) DENYING IN PART PLAINTIFFS' ) REQUEST TO SEAL DOCUMENTS )  ) (Document 298) ) ) |

On July 13, 2012, Plaintiffs filed a Request to Seal Documents in Support of their Supplemental Class Certification Briefing. Plaintiffs seek to seal (1) portions of the Supplemental Briefing; (2) Exhibits B, C and D to the Declaration of David Cheng; and (3) the Declaration of Robert Fountain.

The Court GRANTS the request as to (1) Exhibits C and D to the Declaration of David Cheng; and (2) the portions of the Declaration of Robert Fountain that contain identifying employee information. Plaintiffs SHALL file redacted versions consistent with this Order and submit unredacted versions to the Court for sealing.

As to the remaining documents, Plaintiffs have not made a sufficient showing to demonstrate that the information they seek to seal will cause specific harm or prejudice to Taco Bell if not filed under seal. Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir.2003). Recognizing that the information relates to Taco Bell's documents, the Court will

1

allow Taco Bell to submit briefing in support of the request to seal within 7 days of the date of service of this order.

IT IS SO ORDERED.

Dated: **July 17, 2012**    /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE