# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS, | ) 1:07cv1314 LJO DLB<br>)<br>) ORDER STRIKING PLAINTIFFS'<br>) REDACTED FILING<br>) (Document 299)<br>)<br>) ORDER REQUIRING PLAINTIFFS TO<br>) SUBMIT DOCUMENTS FOR FILING AND<br>) SEALING<br>) |

      On July 17, 2012, the Court granted in part Plaintiffs' request to seal documents. The Court allowed sealing of (1) Exhibits C and D to the Declaration of David Cheng; and (2) the portions of the Declaration of Robert Fountain that contain identifying employee information. Defendant does not object to the ruling and will not file additional briefing in an attempt to seal additional documents.

      Prior to the Court's July 17, 2012, order, however, Plaintiffs filed a redacted version of their Supplemental Briefing on July 13, 2012. The filing includes a redacted version of the Points and Authorities and an over-redacted version of the Declaration of David Cheng. As the redactions go beyond those allowed by the Court, the filing is STRICKEN. Plaintiffs SHALL file an unredacted version of the Points and Authorities in support of their Supplemental Briefing within five (5) days of the date of service of this order.

Plaintiffs SHALL also file redacted versions of the Declarations of David Cheng and Robert Fountain consistent with the sealing order, AND submit unredacted versions of these documents to the Court for sealing within five (5) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 19, 2012**                             /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE