# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS, | ) 1:07cv1314 LJO DLB <br> ) <br> ) ORDER DENYING DEFENDANT'S <br> ) MOTION TO CONSOLIDATE AS MOOT <br> ) <br> ) (Document 284) <br> ) <br> ) <br> ) <br> ) |

On June 7, 2012, Defendant Taco Bell Corp. filed a Motion to Consolidate <u>Wentz v. Taco Bell Corp.</u>, 2:12cv1194 GEB GGH with the previously consolidated class actions. The matter was heard on July 20, 2012, before the Honorable Dennis L. Beck, United States Magistrate Judge. Miriam Schimmel appeared on behalf of the <u>In Re Taco Bell</u> Plaintiffs. Alan Harris appeared on behalf of Plaintiff Amanda Wentz. Morgan Forsey and Richard Deleissegues appeared on behalf of Taco Bell.

During the hearing, the parties reached an agreement as to how to proceed. Accordingly, Taco Bell's Motion to Consolidate is DENIED AS MOOT. The parties SHALL submit a stipulation in accordance with the discussion at the hearing within thirty (30) days of the date of service of this Order.

IT IS SO ORDERED.

Dated: **July 30, 2012**         /s/ *Dennis L. Beck*
                  UNITED STATES MAGISTRATE JUDGE

1