[Counsel listed on following page.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | MASTER FILE: CV-F-07-1314 LJO/DLB <br><br> Hon. Dennis L. Beck <br><br> **ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING** |

Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Interim Lead Counsel for Plaintiffs

Mark Yablonovich (SBN 186670)
mark@yablonovichlaw.com
Michael Coats (SBN 258941)
michael@yablonovichlaw.com
Law Offices Of Mark Yablonovich
1875 Century Park East, Suite 700
Los Angeles, California  90067-2508
Telephone:  (310) 286-0246
Facsimile:   (310) 407-5391

Attorneys for Plaintiffs Christopher Duggan, Kevin Taylor, and Debra Doyle

Kenneth H. Yoon (SBN 198443)
Law Offices of Kenneth H. Yoon
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone:  (213) 612-0988
Facsimile:   (213) 947-1211
Kyoon@yoon-law.com

Larry W. Lee (SBN 228175)
Diversity Law Group, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California  90071
Telephone:  (213) 488-6555
Facsimile:   (213) 488-6554
lwlee@diversitylaw.com

Peter M. Hart (SBN 198691)
Law Offices of Peter M. Hart
One Wilshire Boulevard, Suite 2200
Los Angeles, California  90017
Telephone:  (310) 478-5789
Facsimile:   (509) 561-6441
hartpeter@msn.com

Liaison Counsel for Plaintiff Loraine Naranjo

1  Timothy J. Donahue (SBN 110501)
   Law Offices of Timothy J. Donahue
2  374 South Glassell Street
   Orange, California 92866
3  Telephone:  (714) 289-2445
   Facsimile:   (714) 289-2450
4
   Liaison Counsel for Plaintiff Miriam Leyva
5
   Jerusalem F. Beligan (SBN 211528)
6  Bisnar | Chase, LLP
   One Newport Place
7  1301 Dove Street, Suite 120
   Newport Beach, California 92660
8  Telephone:  (949) 752-2999
   Facsimile:   (949) 752-2777
9  jbeligan@bisnarchase.com

10 Counsel for Plaintiff Endang Widjaja

11 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Tracey A. Kennedy (SBN 150782)
12 tkennedy@sheppardmullin.com
   Ronda D. Jamgotchian (SBN 200236)
13 rjamgotchian@sheppardmullin.com
   Nora K. Stiles (SBN 280690)
14 nstiles@sheppardmullin.com
   333 South Hope Street, 43rd Floor
15 Los Angeles, California  90071-1422
   Telephone:  (213) 620-1780
16 Facsimile:   (213) 620-1398

17 Morgan P. Forsey (SBN 241207)
   mforsey@sheppardmullin.com
18 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
19 Telephone:  (415) 434-9100
   Facsimile:   (415) 434-3947
20
   Attorneys for Defendants Taco Bell Corp. and
21 Taco Bell of America, Inc.

22

23

24

25

26

27

28

# [PROPOSED] ORDER

The Court has read and considered the parties' Stipulation to Continue Class Certification Hearing. Good cause appearing pursuant to Federal Rule of Civil Procedure 16(b)(4),

**IT IS THEREFORE ORDERED** that the hearing on the Motion for Class Certification shall be continued to October 5, 2012 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **September 6, 2012**          /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE