LITTLER MENDELSON, P.C.
SPENCER H. HIPP, Bar No. 090485
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:     559.244.7500
Facsimile:      559.244.7525

Local Counsel For Taco Bell Corp. and Taco Bell of America, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS, | Case No.  1:07-cv-01314-LJO-DLB<br><br>REQUEST FOR CONSENT ORDER AND ORDER GRANTING WITHDRAWAL OF DEFENDANTS' LOCAL COUNSEL |

   By Order dated August 20, 2012, the Court authorized the substitution of Tracey A. Kennedy of Sheppard Mullin Richter & Hampton LLP, located at 333 South Hope Street, 43rd Floor, Los Angeles, CA  90071, as the attorney of record for Defendants Taco Bell Corp. and Taco Bell of America, Inc. ("Defendants") in the above-referenced action in place of Andra Barmash Greene of Irell & Manella LLP, 840 Newport Center Drive, Ste. 400, Newport Beach, CA  92660-6324. [Document Number 316, entered August 20, 2012].

   At the request of Defendants, Spencer H. Hipp of Littler Mendelson, a professional corporation, located at 5200 N. Palm Ave, Ste. 302, Fresno, CA  93704, subject to approval by the Court, requests an Order authorizing his (and Littler Mendelson's) withdrawal from the above-referenced action as Local Counsel for Defendants.  This request does not involve a substitution of

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

REQUEST FOR  CONSENT ORDER AND ORDER GRANTING WITHDRAWAL OF DEFENDANTS' LOCAL COUNSEL

Case No.  1:07-cv-01314-LJO-DLB

attorney in light of the Court's aforementioned August 20, 2012 Order authorizing the substitution of Defendants' lead counsel of record.

WE CONSENT TO THE ABOVE WITHDRAWAL:

Dated: September ____, 2012              TACO BELL CORP,

                                                By: _____/s/_____
                                                    John A. Makarewich

WE CONSENT TO THE ABOVE WITHDRAWAL:

Dated: September ____, 2012              TACO BELL OF AMERICA, INC.

                                                By: _____/s/_____
                                                      John A. Makarewich

Dated: September _____, 2012              Respectfully Submitted,
                                                LITTLER MENDELSON, P.C.

                                                By:/s/ SPENCER H. HIPP
                                                   Local Counsel for Defendants

O R D E R

The foregoing withdrawal of Defendants' Local Counsel is authorized by the Court.

IT IS SO ORDERED.

Dated:  **September 21, 2012**              /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

REQUEST FOR CONSENT ORDER AND ORDER GRANTING WITHDRAWAL OF DEFENDANTS' LOCAL COUNSEL    2.    Case No. 1:07-cv-01314-LJO-DLB