# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS, | ) 1:07cv1314 LJO DLB )<br>) ORDER STRIKING DEFENDANTS'<br>) NOTICE OF NEW AUTHORITY<br>)<br>) (Document 338) |

On November 15, 2012, Defendants filed a Notice of New Authorities in support of their opposition to the Motion for Class Certification, which is currently under submission. Defendants submitted this filing despite the fact that the Court struck their prior attempt to file additional authorities. On October 30, 2012, the Court struck their October 29, 2012, filing, explaining that neither party had been granted leave to file subsequent briefing.

Defendants have ignored the Court's instruction and submitted briefing again without leave to do so. Accordingly, the November 15, 2012, Notice of New Authorities is STRICKEN.

IT IS SO ORDERED.

Dated: **November 16, 2012**         /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE