FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SANDRIKA MEDLOCK; et al.,<br><br>    Plaintiffs - Respondents,<br><br>  v.<br><br>TACO BELL CORP. and TACO BELL OF AMERICA, INC.,<br><br>    Defendants - Petitioners. | No. 13-80006<br><br>D.C. No. 1:07-CV-01314-LJO-SAB<br>Eastern District of California, Fresno<br><br>ORDER |

Before: TROTT and NGUYEN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's January 2, 2013 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

jp/MOATT