# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TACO BELL CORP., et al.,<br><br>  Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER APPROVING STIPULATION TO CONTINUE EVIDENTIARY HEARING<br><br>ECF NO. 372 |

On August 12, 2013, the parties in this action filed a stipulation to continue the evidentiary hearing previously scheduled for August 16, 2013 at 9:30 a.m. in Courtroom 9 (SAB) to **September 20, 2013 at 10:30 a.m.**  (ECF No. 372.)

Pursuant to this stipulation, it is HEREBY ORDERED that:

1. The evidentiary hearing on August 16, 2013 at 9:30 a.m. is CONTINUED to **September 20, 2013 at 10:30 a.m.** in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **August 14, 2013**

UNITED STATES MAGISTRATE JUDGE

1