SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
NORA K. STILES, Cal. Bar No. 280692
nstiles@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780; Facsimile:  213.620.1398

MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone: 415.434.9100; Facsimile:  415.434.3947

Attorneys for Defendants Taco Bell Corp. and
Taco Bell of America, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-1314-SAB<br><br>**STIPULATION AND ORDER TO VACATE EVIDENTIARY HEARING**<br><br>Judge: Hon. Stanley A. Boone<br>Date:  September 20, 2013<br>Time:  10:30 a.m.<br>Crtrm.: 9 |

-1-

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Taco Bell Corp. and Taco Bell of America, Inc. ("Defendants"), through their counsel of record, that:

1. As a result of discussions during the June 16, 2013 status conference, the Court set an evidentiary hearing for August 16, 2013, to ascertain whether Defendants' database can be utilized to identify the members of the class in an efficient and cost effective way. On August 12, 2013, the parties filed a stipulation to continue the evidentiary hearing. (Doc. 372.) On August 14, 2013, the Court continued the evidentiary hearing to September 20, 2013, at 10:30 a.m. (Doc. 373.)

2. Over the past month, the parties have continued their efforts to resolve the ascertainability issue. On August 9, 2013, Defendants produced the raw time punch data described by Defendants' designated person most knowledgeable during the Rule 30 deposition on June 4, 2013. Plaintiff received the data on August 12, 2013.

3. On August 29, 2013, Defendants allowed Plaintiffs' consultant/expert, Todd Stefan, Vice President of Setec Investigations, to speak directly to Defendants' designated person most knowledgeable regarding Defendants' time punch data (with counsel present and subject to the mediation privilege).

4. The parties are optimistic that they will be able to resolve this threshold issue without further assistance from the Court. Plaintiffs are currently processing the data and expect to complete the project within several weeks' time.

**IT IS THEREFORE ACKNOWLEDGED AND AGREED THAT:**

  5. Upon this Court's approval, the evidentiary hearing set for September 20, 2013, shall be vacated without prejudice.

Dated:  September 18, 2013

          CAPSTONE LAW, APC

          By   */s/ Miriam L. Schimmel*
              Miriam L. Schimmel
              Matthew Theriault

            Class Counsel for Plaintiffs

Dated:  September 18, 2013

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By   */s/ Nora K. Stiles*
             TRACEY A. KENNEDY
             MORGAN P. FORSEY
             NORA K. STILES
        Attorneys for Defendants Taco Bell Corp. and
           Taco Bell America, Inc.

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED THAT:

The evidentiary hearing set for September 20, 2013, shall be vacated without prejudice.


IT IS SO ORDERED.

Dated:   **September 19, 2013**

UNITED STATES MAGISTRATE JUDGE