# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | **ORDER SETTING FURTHER SCHEDULING CONFERENCE** |
| v. | |
| TACO BELL CORP., et al., | |
| Defendant. | |

On September 18, 2013, the parties in this action filed a stipulation to vacate an evidentiary hearing for issues pertaining to class notice and informed the Court that the issues would be resolved by the parties without the Court's intervention within a few weeks. (ECF No. 376.) The Court has not heard from the parties since they filed their stipulation. Accordingly, the Court will set a further scheduling conference to determine the current status of this case and set further dates and deadlines in this action. The parties may request to appear telephonically for the further scheduling conference by contacting chambers at (559) 499-5672.

Seven days prior to the further scheduling conference, the parties shall file a Joint Scheduling Report that includes the following information:

    A.    Status of Class Notice and Any Other Issues Pertaining to Class Notice

    B.    Proposed Discovery Cut-off Dates and Any Other Issues Pertaining to Discovery

      C.      Proposed Pre-Trial Motion Schedule with Deadlines For Non-Dispositive Pre-Trial Motions and Dispositive Pre-Trial Motions

      D.      Proposed Pre-Trial Conference Date

      E.      Proposed Trial Date

      F.      Summary Of Any Other Outstanding Issues

Based upon the foregoing, it is HEREBY ORDERED that:

1. The parties shall appear for a further scheduling conference on November 4, 2013 at 11:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone; and

2. On or before October 28, 2013, the parties shall file a Joint Scheduling Report.

IT IS SO ORDERED.

Dated:   **October 16, 2013**

UNITED STATES MAGISTRATE JUDGE