# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER RE STATUS CONFERENCE |
| v. | |
| TACO BELL CORP., et al., | |
| Defendants. | |

The Court held a status conference in this action on November 4, 2013. The parties discussed the status of preparing the class notice in this action.

In light of the parties' representations at the status conference, it is HEREBY ORDERED that the parties shall file a stipulation regarding the content of the class notice in this action for Court approval by December 6, 2013. If the parties cannot stipulate to the content of the class notice, they shall inform the Court prior to December 6, 2013.

IT IS SO ORDERED.

Dated:   **November 4, 2013**

UNITED STATES MAGISTRATE JUDGE

1