# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>TACO BELL CORP., et al.,<br><br>           Defendant. | Case No.  1:07-cv-01314-SAB<br><br>ORDER REQUIRING PARTIES TO SUBMIT STATUS REPORT REGARDING CLASS NOTICE |

On November 4, 2013, the Court ordered the parties to file a stipulation regarding the content of the class notice in this action by December 6, 2013.  (ECF No. 384.)  Alternatively, the parties were to inform the Court, prior to December 6, 2013, that the parties could not reach a stipulation regarding the content of the class notice.  To date, the Court has not received any communication from the parties regarding class notice.

Accordingly, the Court HEREBY ORDERS the parties to file a written status report setting forth the status of the class notice and demonstrating why further actions should not be imposed on the parties for their failure to comply with the November 4, 2013 order.  The parties' written response to the Court's order shall be filed by December 10, 2013 at noon.

IT IS SO ORDERED.

Dated:   **December 9, 2013**

UNITED STATES MAGISTRATE JUDGE

1