1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No.  1:07-cv-01314-SAB |
| Plaintiffs, | ORDER APPROVING STIPULATED CLASS NOTICE |
| v. | |
| TACO BELL CORP., et al., | |
| Defendants. | |

On December 9, 2013, the parties in this action submitted a stipulation regarding the class notice to be sent to class members in this action.  (ECF No. 387.)  The stipulated class notice contains the information required by Federal Rule of Civil Procedure 23(c)(2)(B).

Accordingly, it is HEREBY ORDERED that the stipulation regarding the class notice is APPROVED.

IT IS SO ORDERED.

Dated:   **December 10, 2013**

_____
UNITED STATES MAGISTRATE JUDGE