# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No.  1:07-cv-01314-SAB |
| Plaintiffs, | ORDER SETTING FURTHER STATUS CONFERENCE |
| v. | |
| TACO BELL CORP., et al., | |
| Defendants. | |

The Court hereby sets a further status conference in this action for Thursday, January 9, 2014 at 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.  The parties may appear telephonically, if requested.  The parties shall come prepared to set further deadlines in this action for conducting discovery, filing dispositive motions, and scheduling trial.

Accordingly, it is HEREBY ORDERED that the parties shall appear for a further status conference on Thursday, January 9, 2014 at 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **December 12, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1