SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
NORA K. STILES, Cal. Bar No. 280692
nstiles@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780; Facsimile:  213.620.1398

MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone: 415.434.9100; Facsimile:  415.434.3947

Attorneys for Defendants Taco Bell Corp. and
Taco Bell of America, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-1314-SAB<br><br>**STIPULATION and ORDER TO CONTINUE APRIL 1, 2014 STATUS CONFERENCE**<br><br>Judge:  Hon. Stanley A. Boone<br>Date:    April 1, 2014<br>Time:   9:00 AM<br>Crtrm.: 9 |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants Taco Bell Corp. and Taco Bell of America, Inc. ("Defendants"), through their undersigned counsel, as follows:

**Mediation/Status Conference**

WHEREAS, the Parties had agreed to mediate this case with mediator Steven Rottman on March 6, 2014;

WHEREAS, Mr. Rottman subsequently informed the Parties that he had a scheduling conflict on March 6, 2014 and requested that the mediation be moved to April 2014;

WHEREAS, the Parties have agreed to mediate on April 29, 2014 instead of March 6, 2014;

NOW THEREFORE, to allow the Parties time to complete mediation, the Parties respectfully stipulate to and request that this Court enter an order continuing the April 1, 2014 status conference to May 5, 2014, or the next available date thereafter, at the Court's convenience.

**Class Notice/Opt-Out Deadline**

WHEREAS, the Notice to class members was mailed on January 21, 2014;

WHEREAS, the Parties have agreed that Class Counsel, at its expense, would send a reminder postcard to all Class Members that is written in both English and Spanish reminding them of the opt-out deadline, and which directs them to the Class Notice Website;

WHEREAS, the reminder postcard mailing was completed on February 19, 2014;

WHEREAS, the deadline for Class Members to opt-out from further proceedings in this matter is February 20, 2014;

1  WHEREAS, the Parties have agreed to extend the opt-out deadline
2 from February 20, 2014 to March 3, 2014;
3  WHEREAS, Class Counsel has agreed to accept opt-outs postmarked
4 March 3, 2014 or earlier.
5  WHEREAS, Class Counsel will modify the existing websites related to
6 Class Notice to inform Class Members that the opt-out period has been extended
7 until March 3, 2014.
8  NOW THEREFORE, the Parties agree that the opt-out period for Class
9 Notice is extended from February 20, 2014 to March 3, 2014.
10
11 **THE PARTIES SO STIPULATE.**
12
13 Dated:  February 24, 2014
14
      CAPSTONE LAW, APC
15
16     By  */s/ Matthew Theriault*
17       Matthew Theriault
      Class Counsel for Plaintiffs
18
19 Dated:  February 24, 2014
20
21     SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
22
23     By  */s/ Morgan P. Forsey*
24       TRACEY A. KENNEDY
      MORGAN P. FORSEY
25       NORA K. STILES
    Attorneys for Defendants Taco Bell Corp. and
26       Taco Bell America, Inc.
27
28

**PURSUANT TO THE PARTIES' STIPULATION,** the Court hereby continues the April 1, 2014 case status conference to May 5, 2014 at 9:00a.m.

IT IS SO ORDERED.

Dated: **February 24, 2014**

UNITED STATES MAGISTRATE JUDGE