Matthew T. Theriault (SBN 244037)
Matthew.Theriault@CapstoneLawyers.com
Robert Friedl (SBN 134947)
Robert.Friedl@CapstoneLawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@CapstoneLawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No.: 1:07-cv-01314-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE MAY 5, 2014 STATUS CONFERENCE** |

Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Initiative Legal Group APC
1801 Century Park East, Suite 2500
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (31 0) 861-9051

Attorneys for Plaintiffs Sandrika Medlock and Lisa Hardiman

Mark Yablonovich (SBN 186670)
mark@yablonovichlaw.com
Joseph Hoff (SBN 283856)
joseph@yablonovichlaw.com
Law Offices of Mary Yablonovich
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiffs Christopher Duggan,
Kevin Taylor, Debra Doyle, and Hilario Escobar

Kenneth H. Yoon (SBN 198443)
K yoon@yoon-law.com
Law Offices of Kenneth H. Yoon
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Larry W. Lee (SBN 228175)
lwlee@diversitylaw.com
Diversity Law Group, APC
444 S. Flower Street
Citigroup Center, Suite 13 70
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Peter M. Hart (SBN 198691)
hartpeter@msn.com
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (31 0) 4 78-5789
Facsimile:  (509) 561-6441

Timothy J. Donahue (SBN 110501)
tdonahue@attorneydonahue.com
Law Offices of Timothy J. Donahue
3 7 4 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Liaison Counsel for Plaintiff Miriam Leyva

Jerusalem F. Beligan (SBN 211528)
Bisnar Chase, LLP
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777
jbeligan@bisnarchase.com

Counsel for Plaintiff Endang Widjaja

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants Taco Bell Corp. and Taco Bell of America, Inc. ("Defendants") (collectively with Plaintiffs, the "Parties"), through their undersigned counsel, as follows:

WHEREAS, the Parties had previously stipulated to continue the April 1, 2014 Status Conference to May 5, 2014, in view of the Parties' April 29, 2014 mediation with mediator Steven Rottman;

WHEREAS, Defendants have noticed three Motions to Compel the Depositions of Named Plaintiffs Sandrika Medlock, Lisa Hardiman, and Miriam Leyva to be heard on May 21, 2014 at 10:00 a.m. in the above-entitled Court;

WHEREAS, Defendants have noticed a Motion to Strike PAGA Allegations Pursuant to F.R.C.P. 12(f) to be heard on May 21, 2014 at 10:00 a.m. in the above-entitled Court;

WHEREAS, Defendants have noticed a Motion for Judgment on the Pleadings re Plaintiff Lisa Hardiman's PAGA Claims Pursuant to F.R.C.P. 12(c); or in the Alternative Partial Summary Judgment Pursuant to F.R.C.P. 56 to be heard on May 21, 2014 at 10:00 a.m. in the above-entitled Court;

NOW THEREFORE, in the interest of judicial efficacy, the Parties respectfully stipulate to and request that this Court enter an order continuing the May 5, 2014 status conference to May 21, 2014, at 10:00 a.m.

**THE PARTIES SO STIPULATE.**

Dated:  April 28, 2014                                  CAPSTONE LAW APC

                                                        By: _____
                                                        Matthew Theriault
                                                        Lead Counsel for Plaintiffs and the Class

|   |   |   |
|---|---|---|
| Dated: April 28, 2014 |   | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

By: /s/ Tracey A. Kennedy_____
Tracey A. Kennedy
Morgan P. Forsey
Nora K. Stiles

Attorneys for Defendants Taco Bell Corp. and Taco Bell America, Inc.

**PURSUANT TO THE PARTIES'** STIPULATION, the Court hereby continues the May 5, 2014 Status Conference to May 21, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 29, 2014**

_____
UNITED STATES MAGISTRATE JUDGE