# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER STRIKING MOTIONS TO COMPEL |
| v. | (ECF Nos. 460, 462) |
| TACO BELL CORP., et al., | |
| Defendants. | |

On July 23, 2014, Defendants filed a motion to compel responses from Plaintiffs Sandrike Medlock and Lisa Hardiman. (ECF Nos. 460, 462.) On August 5, 2014, Defendants filed notices that it is withdrawing the motions to compel without prejudice.

Based on the foregoing, Defendant's motions to compel responses from Sandrike Medlock and Lisa Hardiman are HEREBY WITHDRAWN FROM THE RECORD. These two matters are taken off calendar for August 13, 2014. The hearing remains for Plaintiffs' motion for summary judgment, Defendants' motion to alter or amend order re certification, motion to strike, motion to dismiss, and motion to compel the responses and deposition of Miriam Leyva.

IT IS SO ORDERED.

Dated: **August 6, 2014**

UNITED STATES MAGISTRATE JUDGE