1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | SANDRIKA MEDLOCK, et al.,

Case No.  1:07-cv-01314-SAB

12 |          Plaintiffs,

ORDER DISCHARGING ORDER TO
SHOW CAUSE AND VACATING
13 |     v.

SEPTEMBER 3, 2014 HEARING

14 | TACO BELL CORP., et al.,

(ECF Nos. 483, 484)

15 |          Defendants.

16

17    On August 15, 2014, an order issued requiring counsel Timothy Donahue to show cause

18 for his failure to appear at an August 13, 2014 hearing on Defendants' motion to compel.  (ECF

19 No. 483.)  On August 26, 2014, Mr. Donahue filed a response stating that his secretary mis-

20 calendared the date.  Further, Mr. Donahue asserts that he knows of no law or legal requirement

21 mandating his appearance on missed law and motion matter and neither opposing counsel or the

22 Court contacted him regarding his missed appearance.  Counsel's rationale is unsatisfactory.

23    Local Rule 230(i) provides that "[a]bsent notice of intent to submit the matter on the

24 briefs, failure to appear may be deemed withdrawal . . . of opposition to the motion, in the

25 discretion of the Court, or may result in the imposition of sanctions."  Counsel is expected to be

26 familiar with the Local Rules when practicing in this Court.  Further, it is not the duty of

27 opposing counsel or the Court to advise counsel of a hearing, that is the counsel's responsibility.

28

1

1   Any matter which is taken off calendar and submitted is done through an order issued before the

2   hearing and only maintains a hearing when necessary for the Court to address issues raised by

3   the respective motions.

4        While the answer is unsatisfactory, the Court finds that it does not necessitate sanctions

5   or a further hearing on the matter.  In this instance, the Court shall discharge the order to show

6   cause, however counsel is advised that further such incidents may result in the imposition of

7   sanctions.

8        Based on the foregoing, IT IS HEREBY ORDERED that the order to show cause issued

9   August 15, 2014 is DISCHARGED and the hearing set for September 3, 2014 is VACATED.

10

11

IT IS SO ORDERED.

12

13   Dated:   **August 28, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28