# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| TACO BELL CORP., et al, | |
| Defendants. | |

On August 29, 2014, the Court issued an order whereby Defendants were ordered to show cause why they should not be sanctioned for their wasteful litigation tactics, including their attempt to re-litigate certain issues pertaining to the definition of the class of plaintiffs in this action. (ECF No. 487.) Defendants submitted a written response to the order to show cause on September 16, 2014. (ECF No. 489.)

Having reviewed Defendants response to the order to show cause, the Court will vacate the show cause hearing and discharge the order to show cause. However, this should not be interpreted as an endorsement of Defendants' actions. The Court is not entirely satisfied or convinced by Defendants' explanation for their actions.

In the future, the parties must be mindful of their conduct in the course of this litigation and that such course of conduct gives little to no regard to this Court's overburdened docket and to the time, resources and costs of an opposing party. The Court has been forced to expend its

1  own time and resources adjudicating "issues" raised by Defendants that have had little material
2  impact in this litigation or that have already been adjudicated by the Court on prior occasions.

3       While this order to show cause has been directed to Defendants based upon Plaintiffs'
4  request, the parties are forewarned that further frivolous filings and arguments will be met with a
5  <u>sua sponte</u> issuance of an order to show cause why sanctions should not be issued.  The Court
6  will not tolerate the filing of duplicative motions or raising issues that have already been
7  adjudicated under the hope that the issue will be decided differently simply because it is brought
8  in a slightly different procedural posture.

9       Based upon the foregoing, it is HEREBY ORDERED that the Court's August 29, 2014
10 order to show cause is DISCHARGED and the show cause hearing scheduled for September 24,
11 2014 is VACATED.

13 IT IS SO ORDERED.

14 Dated:   **September 22, 2014**

                 UNITED STATES MAGISTRATE JUDGE