# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP., et al.,<br><br>Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER RE SCHEDULING |

At the hearing on November 5, 2014, the Court discussed scheduling issues with the parties in this matter. Following up on that discussion, the Court will set a scheduling conference on December 10, 2014 at 10:00 a.m. to set dates for discovery, dispositive motions, and trial in this matter. On or before December 3, 2014, the parties shall file a Joint Scheduling Report with dates agreed by all counsel for:

      a.    Non-expert discovery;

      b.    Disclosure of expert witnesses as required by Fed. R. Civ. P. 26(a)(2);

      c.    Expert witness discovery;

      d.    Filing non-dispositive and dispositive pre-trial motions with the understanding that motions (except motions in limine or other trial motions) will not be entertained after the agreed upon date, which shall be no later than ten (10) weeks prior to the proposed Pre-Trial Conference

    date;

  e. The Pre-Trial Conference date (which shall be no later than forty-five (45) days prior to the proposed trial date); and

  f. The Trial Date.

All of these dates should be considered firm dates. Dates should be set to allow the Court to decide any matters under submission before the Pre-Trial Conference is set.

Accordingly, it is HEREBY ORDERED that:

1. The Court shall conduct a scheduling conference on December 10, 2014 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone; and

2. On or before December 3, 2014, the parties shall file a Joint Scheduling Report.

IT IS SO ORDERED.

Dated: **November 14, 2014**

UNITED STATES MAGISTRATE JUDGE

2