1 | [Counsel listed on following page.]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-SAB |
| | Hon. Stanley A. Boone |
| | **STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE PRE-TRIAL DEADLINES; ORDER** |

1  Matthew T. Theriault (SBN 244037)
   Matthew.Theriault@capstonelawyers.com
2  Robert J. Drexler, Jr. (SBN 119119)
   Robert.Drexler@capstonelawyers.com
3  Stan Karas (SBN 222402)
   Stan.Karas@capstonelawyers.com
4  Jonathan Lee (SBN 267146)
   Jonathan.Lee@capstonelawyers.com
5  Capstone Law APC
   1840 Century Park East, Suite 450
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:  (310) 943-0396

8  Lead Counsel for the Class

9  Mónica Balderrama (SBN 196424)
   MBalderrama@InitiativeLegal.com
10 Initiative Legal Group APC
   1801 Century Park East, Suite 2500
11 Los Angeles, California 90067
   Telephone:  (310) 556-5637
12 Facsimile:  (310) 861-9051

13 Counsel for Plaintiffs Sandrika Medlock and Lisa Hardiman and the Class

14 LAW OFFICES OF MARK YABLONOVICH
   Mark Yablonovich (SBN 186670)
15 mark@yablonovichlaw.com
   Patrick Clifford (SBN 194941)
16 patrick@yablonovichlaw.com
   Joseph Hoff (SBN 283856)
17 joseph@yablonovichlaw.com
   1875 Century Park East, Suite 700
18 Los Angeles, California  90067-2508
   Telephone: (310) 286-0246 • Fax: (310) 407-5391
19
   Counsel for Plaintiffs Christopher Duggan,
20 Kevin Taylor, Debra Doyle, and Hilario Escobar

21

22

23

24

25

26

27

28

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
2   Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
3 tkennedy@sheppardmullin.com
NORA K. STILES, Cal. Bar No. 280692
4 nstiles@sheppardmullin.com
333 South Hope Street, 43rd Floor
5 Los Angeles, California 90071-1422
Telephone: 213.620.1780; Facsimile: 213.620.1398

MORGAN P. FORSEY, Cal. Bar No. 241207
7 mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
8 San Francisco, California 94111-4109
Telephone: 415.434.9100; Facsimile: 415.434.3947

Attorneys for Defendants Taco Bell Corp. and
10 Taco Bell of America, Inc.

Subject to approval by this Court, Plaintiffs Sandrika Medlock and Lisa Hardiman, on the one hand ("Plaintiffs"), and Defendants Taco Bell Corp. and Taco Bell of America, Inc. on the other hand ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following:

1. On December 16, 2014, this Court issued a Scheduling Order (Dkt. No. 521) setting the following pre-trial dates, and trial date:

| | |
|---|---|
| Expert disclosure deadline | June 19, 2015 |
| Non-expert discovery deadline | July 3, 2015 |
| Non-dispositive motion filing deadline | July 3, 2015 |
| Supplemental expert disclosure deadline | August 3, 2015 |
| Expert discovery deadline | September 3, 2015 |
| Dispositive motion filing deadline | September 3, 2015 |
| Joint pre-trial statement deadline | November 6, 2015 |
| Deadline for motions in limine | November 20, 2015 |
| Deadline for oppositions to motions in limine | December 4, 2015 |
| Deadline for replies re motions in limine | December 11, 2015 |
| Pre-Trial Conference and hearing on Motions in Limine | December 18, 2015 |
| Trial | February 23, 2016 |

2. The Parties are in the process of conducting and completing discovery in preparation for trial, including the sending of notice to class members. It would be beneficial to the trial preparation and for the furtherance of settlement discussions for both Parties if the Pre-Trial Dates were continued by approximately thirty days each, ***while retaining the same trial date of February 23, 2015***.

3. The Parties therefore propose the following modified dates:

| | |
|---|---|
| Expert disclosure deadline | July 20, 2015 |

- 1 -

| | |
|---|---|
| Non-expert discovery deadline | August 3, 2015 |
| Non-dispositive motion filing deadline | August 3, 2015 |
| Supplemental expert disclosure deadline | September 3, 2015 |
| Expert discovery deadline | October 2, 2015 |
| Dispositive motion filing deadline | October 5, 2015 |
| Joint pre-trial statement deadline | November 4. 2015 |
| Deadline for motions in limine | November 18, 2015 |
| Deadline for oppositions to motions in limine | December 2, 2015 |
| Deadline for replies to motions in limine | December 9, 2015 |
| Pre-Trial Conference and hearing on Motions in Limine | January 22, 2016 |

4.  The Parties stipulate that there is good cause to modify the Scheduling Order, and respectfully request that the Court modify the Scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4). This is the Parties' first request to modify the Scheduling Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

IT IS SO ORDERED.

Dated:  **June 10, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | Dated: June 9, 2015 | CAPSTONE LAW APC |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Matthew T. Theriault |
| 5 | | Matthew T. Theriault |
| 6 | | Lead Counsel for the Class |
| 7 | Dated: June 9, 2015 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 10 | | By: /s/ Tracey A. Kennedy |
| 11 | | Tracey A. Kennedy<br>Nora K. Stiles |
| 12 | | Attorneys for Defendants Taco Bell Corp. and Taco Bell of America, Inc. |

- 3 -

# ORDER

Good cause appearing therefore, and pursuant to the parties' stipulation, **IT IS ORDERED THAT** the dates in the Scheduling Order (Dkt. No. 521) shall be modified as follows:

| | |
|---|---|
| Expert disclosure deadline | July 20, 2015 |
| Non-expert discovery deadline | August 3, 2015 |
| Non-dispositive motion filing deadline | August 3, 2015 |
| Supplemental expert disclosure deadline | September 3, 2015 |
| Expert discovery deadline | October 2, 2015 |
| Dispositive motion filing deadline | October 5, 2015 |
| Joint pre-trial statement deadline | November 4, 2015 |
| Deadline for motions in limine | November 18, 2015 |
| Deadline for oppositions to motions in limine | December 2, 2015 |
| Deadline for replies re motions in limine | December 9, 2015 |
| Pre-Trial Conference and hearing on Motions in Limine | January 22, 2016 |