[Counsel listed on following page.]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Master File: 1:07-cv-01314-SAB <br><br> Hon. Stanley A. Boone <br><br> **STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE PRETRIAL STATEMENT DEADLINE; ORDER** |

1 | Matthew T. Theriault (SBN 244037)
  | Matthew.Theriault@capstonelawyers.com
2 | Robert J. Drexler, Jr. (SBN 119119)
  | Robert.Drexler@capstonelawyers.com
3 | Stan Karas (SBN 222402)
  | Stan.Karas@capstonelawyers.com
4 | Jonathan Lee (SBN 267146)
  | Jonathan.Lee@capstonelawyers.com
5 | Capstone Law APC
  | 1840 Century Park East, Suite 450
6 | Los Angeles, California 90067
  | Telephone:  (310) 556-4811
7 | Facsimile:   (310) 943-0396

8 | Lead Counsel for the Class

9 | Mónica Balderrama (SBN 196424)
  | MBalderrama@InitiativeLegal.com
10 | Initiative Legal Group APC
   | 1801 Century Park East, Suite 2500
11 | Los Angeles, California 90067
   | Telephone:  (310) 556-5637
12 | Facsimile:   (310) 861-9051

13 | Counsel for Plaintiffs Sandrika Medlock and Lisa Hardiman and the Class

14 | LAW OFFICES OF MARK YABLONOVICH
   | Mark Yablonovich (SBN 186670)
15 | mark@yablonovichlaw.com
   | Patrick Clifford (SBN 194941)
16 | patrick@yablonovichlaw.com
   | Joseph Hoff (SBN 283856)
17 | joseph@yablonovichlaw.com
   | 1875 Century Park East, Suite 700
18 | Los Angeles, California  90067-2508
   | Telephone: (310) 286-0246 • Fax: (310) 407-5391
19 |
   | Counsel for Plaintiffs Christopher Duggan,
20 | Kevin Taylor, Debra Doyle, and Hilario Escobar

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
NORA K. STILES, Cal. Bar No. 280692
nstiles@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780; Facsimile:  213.620.1398

MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100; Facsimile:  415.434.3947

Attorneys for Defendants Taco Bell Corp. and
Taco Bell of America, Inc.

# STIPULATION

Subject to approval by this Court, Plaintiffs Sandrika Medlock and Lisa Hardiman, on the one hand ("Plaintiffs"), and Defendants Taco Bell Corp. and Taco Bell of America, Inc. on the other hand ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following:

1. On December 16, 2014, this Court issued a Scheduling Order (Dkt. No. 521) setting November 6, 2015 as the deadline for the parties to file their Joint Pretrial Statement.

2. On June 10, 2015, pursuant to stipulation by the parties to extend some of the pre-trial deadlines in this matter, the Court modified its scheduling order (Dkt. No. 537) to set November 4, 2015 as the deadline for the parties to file their Joint Pretrial Statement.

3. The Parties are now in the process of briefing for Plaintiffs' Motion for Summary Judgment (Dkt. No. 542), set for hearing November 4, 2015, and Defendant's Motion to Decertify (Dkt. No. 543), set for hearing November 25, 2015.

4. The Parties agree that the outcomes of both the Motion for Summary Judgment and the Motion to Decertify will have a substantial effect on the content of their Joint Pretrial Statement.

5. The Parties also agree that a Joint Pretrial Statement deadline closer to the date of the Pretrial Conference on January 22, 2016 would be appropriate, as contemplated by Eastern District Local Rule 281(a)(1) and (a)(2).

6. Accordingly, the Parties stipulate that there is good cause to modify the Scheduling Order to continue the Joint Pretrial Statement deadline to December 16, 2015, and respectfully request that the Court modify the Scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4).  This is the Parties' second request to modify the Scheduling Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 16, 2015

CAPSTONE LAW APC

By: /s/ Matthew T. Theriault
Matthew T. Theriault

Lead Counsel for the Class

Dated: October 16, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Tracey A. Kennedy
Tracey A. Kennedy
Nora K. Stiles

Attorneys for Defendants Taco Bell Corp. and Taco Bell of America, Inc.

**ORDER**

Good cause appearing therefore, and pursuant to the parties' stipulation, **IT IS ORDERED THAT** the dates in the Scheduling Order (Dkt. No. 521) shall be further modified to continue the parties' deadline to file their Pretrial Conference Statement to December 16, 2015.

IT IS SO ORDERED.

Dated:   **October 16, 2015**

_____
UNITED STATES MAGISTRATE JUDGE