# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TACO BELL CORP., et al., <br><br> Defendants. | Case No. 1:07-cv-01314-SAB <br><br> ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER <br><br> (ECF No. 558) |

On November 9, 2015, the parties submitted a stipulation for modification of the scheduling order (ECF No. 537) to continue the motion in limine deadlines. (ECF No. 558).

Accordingly, IT IS HEREBY ORDERED that the deadline for motions in limine is December 16, 2015, the deadline for oppositions to motions in limine is January 6, 2016, and the deadline for replies to motions in limine is January 13, 2016. The hearing on the motions in limine remains on January 22, 2016.

IT IS SO ORDERED.

Dated:   **November 9, 2015**

UNITED STATES MAGISTRATE JUDGE