# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER SETTING DAUBERT HEARING |
| v. | DATE: December 9, 2015<br>TIME: 2:00 pm<br>CTRM: 9 |
| TACO BELL CORP., et al., | |
| Defendants. | STANLEY A. BOONE<br>U.S. MAGISTRATE JUDGE |

On October 19, 2015, Defendants filed a motion to exclude the expert report and testimony of Michael O'Brien, an expert retained by Plaintiffs in this matter, pursuant to Federal Rules of Evidence 403 and 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and its progeny. Defendants argue that the testimony is unreliable and unfairly prejudicial. (ECF No. 551.)

On December 2, 2015, the Court held a hearing on Defendants' motion to exclude the expert report and testimony of Michael O'Brien. After reviewing the motion, the opposition, hearing the argument of counsel and applying the necessary standard, the Court finds that a Daubert hearing is appropriate as to Plaintiffs' expert witness Michael O'Brien.

Accordingly,

IT IS HEREBY ORDERED that the parties shall appear for a Daubert hearing as to

1  Plaintiffs' expert witness Michael O'Brien on Wednesday, December 9, 2015, at 2:00 p.m. in
2  Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **December 2, 2015**

UNITED STATES MAGISTRATE JUDGE