# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No.  1:07-cv-01314-SAB |
| Plaintiffs, | ORDER RE SCHEDULING |
| v. | |
| TACO BELL CORP., et al., | |
| Defendants. | |

At the hearing on December 9, 2015, the Court discussed scheduling issues with the parties in this matter. Following up on that discussion, the Court issues this order. Accordingly, IT IS HEREBY ORDERED that:

1. The Pre-trial statement is due on or before **December 30, 2015.**

2. The Pre-Trial conference is set for **January 22, 2016, at 9:30 a.m. in Courtroom 9** before United States Magistrate Judge Stanley A. Boone.

3. The parties are ordered to file a **<u>Joint Pretrial Statement pursuant to Local Rule 281(a)(2).</u>** The parties are further directed to submit a digital copy of their Pretrial Statement in Word format, directly to Magistrate Judge Stanley A. Boone's chambers by email at SABorders@caed.uscourts.gov.  Counsels' attention is directed to Rules 281 and 282 of the Local Rules for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.  The Court will insist

1

upon strict compliance with those rules. In addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a Joint Statement of the Case to be used by the Court to explain the nature of the case to the jury during voir dire.

4. Motions in limine are due on or before **January 6, 2016**. The parties are directed to comply with the Court's December 16, 2014 scheduling order as it pertains to motions in limine.

5. Oppositions to motions in limine, if any, are due on or before **January 20, 2016**.

6. Replies to oppositions to motions in limine, if any, are due on or before **January 27, 2016**.

7. The hearing on the motions in limine is set for **February 3, 2016, at 2:00 p.m. in Courtroom 9** before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **December 9, 2015**

UNITED STATES MAGISTRATE JUDGE