# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TACO BELL CORP., et al., <br><br> Defendants. | Case No. 1:07-cv-01314-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> Thirty Day Deadline |

On December 31, 2015, Plaintiff Loraine Naranjo filed a notice of settlement informing the Court that Plaintiff and Defendants have reached settlement resolving her individual claims.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED for Plaintiff Loraine Naranjo's individual claims; and

2. Plaintiff Loraine Naranjo shall file dispositional documents for her individual claims within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **January 5, 2016**

UNITED STATES MAGISTRATE JUDGE

1