# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TACO BELL CORP., et al.,<br><br>    Defendants. | Case No.  1:07-cv-01314-SAB<br><br>ORDER GRANTING DEFENDANTS' APPLICATION TO EXTEND 25-PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' OMNIBUS MOTIONS *IN LIMINE* |

On January 19, 2016, Defendants filed an application to exceed the 25-page limit for their memoranda of points and authorities in opposition to Plaintiffs' omnibus motions *in limine*, which included forty-five pages of points and authorities.

Accordingly, it is HEREBY ORDERED that Defendants are granted leave to file a thirty-page memorandum of points and authorities in opposition to Plaintiffs' omnibus motions *in limine*.

IT IS SO ORDERED.

Dated:  **January 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1