# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' APPLICATION FOR ORDER EXTENDING 10-PAGE LIMIT FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF ITS MOTIONS IN LIMINE |
| v. | |
| TACO BELL CORP., et al., | |
| Defendants. | (ECF No. 599) |

The Court has read and considered Plaintiffs' motion to extend the page limit for Plaintiffs' reply brief. Considering the issues to be addressed and the extent of Plaintiffs' original briefing, the Court finds that ten pages is sufficient for Plaintiffs to reply to Defendants' opposition. Accordingly, Plaintiffs' request for an extension of the reply page limit is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **January 27, 2016**

UNITED STATES MAGISTRATE JUDGE