# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, LISA HARDIMAN, MIRIAM LEYVA, LORAINE NARANJO, ENDANG WIDJAJA, KEVIN TAYLOR, DEBRA DOYLE, CHRISTOPHER DUGGAN, HILARIO ESCOBAR, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP., and TACO BELL OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER AMENDING PRETRIAL ORDER<br><br>(ECF No. 592) |

Due to an administrative error, the January 22, 2016, pretrial order is HEREBY AMENDED. At page 3 line 4 "until resolution of this lawsuit" is AMENDED to "until December 24, 2014."

IT IS SO ORDERED.

Dated: **January 29, 2016**

UNITED STATES MAGISTRATE JUDGE

1