# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, LISA HARDIMAN, MIRIAM LEYVA, LORAINE NARANJO, ENDANG WIDJAJA, KEVIN TAYLOR, DEBRA DOYLE, CHRISTOPHER DUGGAN, HILARIO ESCOBAR, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP., and TACO BELL OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER GRANTING IN PART PLAINTIFFS' REQUEST FOR RELIEF FROM PARAGRAPH XIV.E OF THE SECOND AMENDED PRETRIAL ORDER TO INCREASE THE NUMBER OF CONTESTED JURY INSTRUCTIONS<br><br>(ECF No. 618) |

On February 10, 2016, Plaintiffs filed a request from relief from the pretrial order. The pretrial order provides that

> If any party proposes additional jury instructions that are not agreed upon by all parties, such proposed jury instructions shall be filed with the Court no later than **February 12, 2016**. Each party may file up to ten (10) proposed jury instructions and identify such as jury instructions upon which all parties could not agree. Unless prior leave is granted, the Court will not consider additional proposed jury instructions beyond the first ten (10).

(Sec. Am. Pretrial Order 54:19-23, ECF No. 608.)

Plaintiffs are seeking to file an additional seven disputed jury instructions. In their motion, Plaintiffs have identified eight jury instructions that are disputed. The Court notes that the majority of these instructions are substantive instructions that will be required to be provided

to the jury so Defendants will be providing an alternative instruction. Based upon the number of instructions which are identified in Plaintiffs' motion, the Court shall allow Plaintiffs and Defendants to file up to fifteen proposed jury instructions that have not been agreed upon by all parties.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs and Defendants may file up to fifteen (15) disputed jury instructions. Pursuant to the pretrial order, the parties are reminded that "**[a]ll instructions shall be short, concise, understandable, and consist of neutral and accurate statements of the law.  Argumentative or formula instructions will not be considered.**" (ECF No. 608 at 55:14-16, emphasis in original.)

IT IS SO ORDERED.

Dated:  **February 11, 2016**

UNITED STATES MAGISTRATE JUDGE