# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, LISA HARDIMAN, MIRIAM LEYVA, LORAINE NARANJO, ENDANG WIDJAJA, KEVIN TAYLOR, DEBRA DOYLE, CHRISTOPHER DUGGAN, HILARIO ESCOBAR, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP., and TACO BELL OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER REQUIRING PLAINTIFF LORAINE NARANJO TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 582)<br><br>TEN DAY DEADLINE |

On December 31, 2015, Plaintiff Loraine Naranjo filed a notice that she had settled her individual claims in this action. (ECF No. 581.) On January 5, 2016 an order issued requiring Plaintiff Naranjo to file dispositional documents within thirty days. (ECF No. 582.) More than thirty days have passed and dispositional documents have not been filed.

Accordingly, the Court HEREBY ORDERS Plaintiff Naranjo to show cause in writing within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed. **Plaintiff is forewarned that the failure to show cause may result in the**

1

**imposition of sanctions, including the dismissal of her claims in this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **February 16, 2016**

UNITED STATES MAGISTRATE JUDGE