# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP., et al.,<br><br>Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>Thirty Day Deadline |

On February 16, 2016, Plaintiff Miriam Leyva filed a notice of settlement informing the Court that Plaintiff and Defendants have reached settlement resolving her individual claims.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED for Plaintiff Miriam Leyva's individual claims; and

2. The parties shall file dispositional documents for Plaintiff Miriam Leyva's individual claims within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **February 17, 2016**

UNITED STATES MAGISTRATE JUDGE

1