# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 646) |
| TACO BELL CORP., et al., | ORDER GRANTING PLAINTIFF NARANJO'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |
| Defendants. | |

On February 17, 2016, an order issued requiring Plaintiff Loraine Naranjo to show cause for her failure to file dispositional documents in accordance with the Court's January 5, 2016 order. (ECF No. 646.) On January 5, 2016, the Court had issued an order requiring Plaintiff Naranjo to file dispositional documents for her individual claims within thirty (30) days of the date of service of that order. (ECF No. 582.) On February 19, 2016, counsel for Plaintiff Naranjo filed a declaration indicating that on February 18, 2016, he received the settlement agreement fully executed back from Taco Bell through its counsel. (ECF No. 651.) In the February 19, 2016 declaration, Plaintiff Naranjo also requested twenty-one (21) days to file her dispositional documents. (ECF No. 651.)

In this instance, the Court shall discharge the order to show cause. However, counsel is

advised that requests for extensions of time shall be made prior to the expiration of any deadline.

Accordingly, IT IS HEREBY ORDERED that the February 17, 2016 order to show cause is discharged and that Plaintiff Naranjo is granted an extension of time of twenty-one (21) days from the date of this order to file her dispositional documents.

IT IS SO ORDERED.

Dated: **February 19, 2016**

UNITED STATES MAGISTRATE JUDGE