1  LAW OFFICES OF MARK YABLONOVICH
   Mark Yablonovich, Esq., SBN 186670
2  mark@yablonovichlaw.com
   Patrick J. Clifford, Esq., SBN 194491
3  patrick@yablonovichlaw.com
   1875 Century Park East, Suite 700
4  Los Angeles, California  90067-2508
   Telephone: (310) 286-0246 • Fax: (310) 407-5391
5
   Attorneys for Plaintiffs Christopher Duggan,
6  Kevin Taylor, Debra Doyle and Hilario Escobar

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
8  Including Professional Corporations
   RACEY A. KENNEDY, Cal. Bar No. 150782
9  tkennedy@sheppardmullin.com
   NORA K. STILES, Cal. Bar No. 280692
10 nstiles@sheppardmullin.com
   333 South Hope Street, 43rd Floor
11 Los Angeles, California 90071-1422
   Telephone:  213.620.1780; Facsimile:  213.620.1398

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISON

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No:1:07-cv-01314-SAB<br><br>**ORDER OF DISMISSAL RE PLAINTIFF KEVIN TAYLOR**<br><br>Judge:       Hon. Stanley A. Boone<br><br>Trial Date:  February 22, 2016 |

1     Based upon the stipulation of the parties, IT IS HEREBY ORDERED that
2 the individual claims of Plaintiff Kevin Taylor are DISMISSED with prejudice.

3

4 IT IS SO ORDERED.

5 Dated:   **February 22, 2016**

                                 UNITED STATES MAGISTRATE JUDGE