# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB |
|---|---|
| | ORDER RE STIPULATION AND WITHDRAWAL OF MOTION TO MODIFY SECOND AMENDED PRETRIAL ORDER |
| . | (ECF Nos. 653 661, 663, 665) |

On February 21, 2016, Defendants filed a motion to quash subpoenas served by Plaintiffs. (ECF No. 653.) On February 28, 2016, Plaintiffs filed a motion to modify the second amended pretrial order. (ECF No. 661.) On March 1, 2016, Plaintiffs filed a notice of withdrawal of the motion to amend the pretrial order and the parties filed a stipulation regarding Defendants' motion to quash. (ECF No. 665.)

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the stipulation of the parties, the motion to quash is denied as moot; and

2. Plaintiffs' motion to amend the second amended pretrial order is withdrawn.

IT IS SO ORDERED.

Dated: **March 1, 2016**

UNITED STATES MAGISTRATE JUDGE

1