# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, LISA HARDIMAN, MIRIAM LEYVA, LORAINE NARANJO, ENDANG WIDJAJA, KEVIN TAYLOR, DEBRA DOYLE, CHRISTOPHER DUGGAN, HILARIO ESCOBAR, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP., and TACO BELL OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:07-cv-01314-SAB<br><br>ORDER RE JUROR FEES |

The trial in this action began on February 22, 2016. Pursuant to Title 28, United States Code, Section 1871(b)(2) a petit juror required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the attendance fee, for each day in excess of ten (10) days on which he is required to hear such case. In this action, the tenth day of trial will be completed on March 7, 2016, as the trial will be dark on March 4, 2016.

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that the jurors in the above entitled case be
2   paid the $50.00 per day attendance fee for their service beginning March 8, 2016.

IT IS SO ORDERED.

Dated: **March 4, 2016**

UNITED STATES MAGISTRATE JUDGE