# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB<br><br>ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |

On March 7, 2016, Defendants filed a motion for judgment as a matter of law. Plaintiff filed an opposition to the motion on March 8, 2016. The Court took the motion under submission pending the verdict returned by the jury. On March 9, 2016, the jury returned their verdict in this action.

The Court shall therefore set the following briefing schedule. The parties are also advised to meet and confer regarding a briefing schedule on the PAGA claims.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants shall file a supplemental brief on or before 7:00 p.m. on March 9, 2016;

2. Plaintiffs' supplemental opposition shall be filed on or before 7:00 p.m. on March 10, 2016;

3. Oral argument on Defendants' motion for judgment as a matter of law shall be

1

1 heard on March 11, 2016 at 10:00 a.m. in Courtroom 9; and

2   4.   The parties shall be prepared to address the briefing schedule for the PAGA claims during the March 11, 2016 hearing.

IT IS SO ORDERED.

Dated:   **March 9, 2016**

UNITED STATES MAGISTRATE JUDGE