# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PAGA CLAIMS |
|---|---|

On March 11, 2016, the Court heard oral argument on Defendants' motion for judgment as a matter of law pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. During the hearing, the Court also set a briefing schedule to decide the issue of PAGA penalties in this action.

As set forth at the March 11, 2016 hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their brief in support of PAGA penalties by **5:00 p.m. on Monday, March 14, 2016**;

2. Defendants shall file their opposition by **5:00 p.m. on Tuesday, March 15, 2016**; and

///

///

///

1

3.  An evidentiary hearing on the PAGA penalties shall be held before the undersigned on **Wednesday, March 16, 2016, at 1:30 p.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated:  **March 11, 2016**

UNITED STATES MAGISTRATE JUDGE