# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB <br><br> ORDER REQUIRING PLAINTIFF NARANJO TO FILE A STIPULATION FOR DISMISSAL <br><br> (ECF No. 699) |
|---|---|

On December 31, 2015, Plaintiff Loraine Naranjo filed a notice of settlement of her individual claims in this action. (ECF No. 581.) An order issued requiring Plaintiff to file dispositional documents within thirty days. (ECF No. 582.) After receiving several extensions of time, on March 10, 2016, Plaintiff filed a declaration requesting that her claims in this action be dismissed with prejudice.

Plaintiff is advised that Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides that, after a party answers, the plaintiff may dismiss an action by a stipulation of dismissal signed by all parties who have appeared. Generally, when the parties have reached a settlement, the action is dismissed by stipulation.

However, Rule 41(a)(2) provides that an action may be dismissed by court order on terms that the Court considers proper. In this instance, counsel has filed a declaration stating that the parties have reached a settlement agreement on Plaintiff Naranjo's individual claims; and she has

1

agreed to dismiss those claims with prejudice. Accordingly, the Court finds that Plaintiff Naranjo's individual claims in this action should be dismissed.

Based on the foregoing, Plaintiff Loraine Naranjo's individual claims in this action are HEREBY ORDERED DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **March 11, 2016**

UNITED STATES MAGISTRATE JUDGE