# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB <br><br> ORDER AMENDING CAPTION OF ORDER <br><br> (ECF No. 704) |
|---|---|

On March 11, 2016, an order issued with an erroneous title in the caption. Accordingly, the Order title "Order Requiring Plaintiff Naranjo to File a Stipulation for Dismissal" is HEREBY AMENDED to read "Order Dismissing Plaintiff Naranjo's Individual Claims With Prejudice."

IT IS SO ORDERED.

Dated:  **March 11, 2016**

UNITED STATES MAGISTRATE JUDGE