# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No.  1:07-cv-01314-SAB<br><br>ORDER RE NOTICE OF WITHDRAWAL OF MOTION AND DIRECTING CLERK OF COURT TO TERMINATE MOTION FOR JUDGMENT AS A MATTER OF LAW<br><br>(ECF No. 693, 702) |

On March 9, 2016, Defendants filed a renewed motion for judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure.  On March 11, 2016, Defendants filed a notice of withdrawal of the motion, to be refiled after the entry of judgment in this action.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall terminate the renewed motion for judgment as a matter of law, filed March 9, 2016 (ECF No. 693).

IT IS SO ORDERED.

Dated:   __March 14, 2016__                    _____

                                                                UNITED STATES MAGISTRATE JUDGE