# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, et al., | Case No. 1:07-cv-01314-SAB |
| Plaintiffs, | ORDER DISMISSING PLAINTIFF LEYVA'S INDIVIDUAL CLAIMS WITH PREJUDICE |
| v. | |
| TACO BELL CORP., et al., | (ECF No. 736) |
| Defendants. | |

On March 28, 2016, the parties in this action filed a stipulation to dismiss Plaintiff Leyva's individual claims with prejudice as the parties have reached settlement. Accordingly, IT IS HEREBY ORDERED that Plaintiff Leyva's individual claims are dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  **March 29, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1