FILED

APR 08 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE TACO BELL,

**JUDGMENT IN A CIVIL ACTION**

1:07-cv-01314-SAB

_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS FOR THE UNDERPAID MEAL PREMIUM CLASS.  IT IS FURTHER ORDERED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFFS FOR THE LATE MEAL PERIOD AND REST PERIOD CLASSES.

    IT IS HEREBY ORDERED AND ADJUDGED THAT DAMAGES IN THE AMOUNT OF $495,913.66 AND PREJUDGMENT INTEREST IN THE AMOUNT OF $291,987.70 ARE AWARDED TO THE UNDERPAID MEAL PREMIUM CLASS.

DATED:

MARIANNE MATHERLY, Clerk

By: _____
    Deputy Clerk