# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB<br><br>ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |

Oral argument for Plaintiffs' motion for attorney fees took place on June 15, 2016. At the hearing, Plaintiffs requested an opportunity to provide supplemental briefing on the legal authority to provide incentive awards to the class members in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' supplemental briefing regarding the authority to award incentive payments shall be filed on or before June 17, 2016, at 6:00 p.m.

2. Defendants' supplemental opposition shall be filed on or before June 21, 2016, at 6:00 p.m.

IT IS SO ORDERED.

Dated: **June 16, 2016**

UNITED STATES MAGISTRATE JUDGE

1