# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB<br><br>ORDER RE STIPULATION FOR SECOND AMENDED JUDGMENT<br><br>(ECF No. 813) |
|---|---|

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Plaintiffs, and against Defendants, for the Underpaid Meal Premium Class.

2. Judgment is entered in favor of Defendants, and against Plaintiffs, for the Late Meal Period and Rest Period Classes.

3. Judgment is entered in favor of Plaintiffs, and against Defendants, for the Underpaid Meal Premium Class on the California Unfair Competition Law claim.

4. Judgment is entered in favor of Defendants, and against Plaintiffs, for the Late Meal Period and Rest Period Classes on the California Unfair Competition Law claims.

5. It is hereby ordered and adjudged that damages in the amount of $495,913.66, and prejudgment interest in the amount of $291,987.70, are awarded to the Underpaid Meal Premium Class. The sum of these awards, $787,901.36, shall be referred to as the "Underpaid Meal Premium Class Award." Each member of the Underpaid Meal Premium Class will be paid a share of the Underpaid Meal Premium Class Award according to the methodology set forth in Exhibit A to this Amended

Judgment.

6. It is hereby ordered and adjudged that members of the Underpaid Meal Premium Class will receive Notice of Entry of this Second Amended Judgment ("Notice of Entry") in the form attached as Exhibit B. The cost of providing members of the Underpaid Meal Premium Class with Notice of Entry will be paid from the Underpaid Meal Premium Class Award.

7. It is hereby ordered and adjudged that Plaintiffs are awarded attorneys' fees in the amount of $1,156,852.12.

8. It is hereby ordered and adjusted that Plaintiffs are awarded $93,793.30 in costs.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES MAGISTRATE JUDGE