Matthew T. Theriault (SBN 244037)
Matthew.Theriault@capstonelawyers.com
Robert J. Drexler, Jr. (SBN 119119)
Robert.Drexler@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
INITIATIVE LEGAL GROUP APC
1801 Century Park East, Suite 2500
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051

Counsel for Plaintiffs Sandrika Medlock and Lisa Hardiman and the Class

Tracey A. Kennedy (SBN 150782)
Tkennedy@sheppardmullin.com
Morgan P. Forsey (SBN 241207)
mforsey@sheppardmullin.com
Nora K. Stiles, (SBN 280692)
Nstiles@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   (213) 620-1780
Facsimile:    (213) 620-1398

Attorneys for Defendants Taco Bell Corp. and
Taco Bell of America, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE TACO BELL WAGE AND HOUR ACTIONS | Case No. 1:07-cv-01314-SAB <br><br> Hon. Stanley A. Boone <br><br> **JOINT STIPULATION OF SATISFACTION OF JUDGMENT AS TO THE SECOND AMENDED JUDGMENT WITH RESPECT TO THE UNDERPAID MEAL PERIOD CLASS** |

This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

1. Judgment was entered in favor of Plaintiffs, and against Defendants, for the Underpaid Meal Premium Class.

2. Judgment is entered in favor of Defendants, and against Plaintiffs, for the Late Meal Period and Rest Period Classes.

3. Judgment is entered in favor of Plaintiffs, and against Defendants, for the Underpaid Meal Premium Class on the California Unfair Competition Law claim.

4. Judgment is entered in favor of Defendants, and against Plaintiffs, for the Late Meal Period and Rest Period Classes on the California Unfair Competition Law claims.

5. Per the Second Amended Judgment, damages in the amount of $495,913.66, and prejudgment interest in the amount of $291,987.70, are awarded to the Underpaid Meal Premium Class.  The sum of these awards, $787,901.36 is referred to as the "Underpaid Meal Premium Class Award."  Each member of the Underpaid Meal Premium Class has been paid a share of the Underpaid Meal Premium Class Award according to the methodology set forth in Exhibit A to the Second Amended Judgment.

6. Per the Second Amended Judgment, Plaintiffs were awarded attorneys' fees in the amount of $1,156,852.12.

7. Per the Second Amended Judgment Plaintiffs are awarded $93,793.30 in costs.

8. The Parties agree that the Second Amended Judgment as been satisfied as to Plaintiffs, Class Counsel, Stuart Chandler, and the Underpaid Meal Period Class as identified in Exhibit A to the Second Amended Judgment.

**AS SUCH THE SECOND AMENDED JUDGMENT AS BEEN SATISFIED IN ITS ENTIRETY.**

**IT IS SO STIPULATED.**

Dated:  September 7, 2017

CAPSTONE LAW APC

By      */s/ Matthew Theriault*
        MATTHEW THERIAULT
    Attorneys for Plaintiffs and Class Members

Dated:  September 7, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Tracey A. Kennedy*
        TRACEY A. KENNEDY
        MORGAN P. FORSEY
        NORA K. STILES
    Attorneys for Defendants Taco Bell Corp. and
            Taco Bell America, Inc.